DEBORAH SMITH
Acting United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNT 1 |
| | ) | TRAVEL WITH INTENT TO |
| vs. | ) | ENGAGE IN ILLICIT SEXUAL |
| | ) | CONDUCT |
| BROCK PURVIANCE, | ) | Vio. 18 U.S.C. §§ 2423(b) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT 1

TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT

On or about August 18, 2004, in the District of Alaska, and elsewhere, the

defendant BROCK PURVIANCE, a 28 -year-old man, did knowingly travel to Alaska

from Colorado, for the purpose of engaging in illicit sexual conduct with another person,

Jane Doe, a 15-year-old girl, to wit: engaging in sexual contact and sexual penetration with a person who has attained the age of 12, but has not attained the age of 16, and is at least four years younger than the person so engaging.

All of which is in violation of Title 18 U.S.C. §§ 2423(b).

A TRUE BILL.

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

 s/ Audrey J. Renschen
AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

 s/Deborah Smith
DEBORAH SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Deb.Smith@usdoj.gov


DATED:   4/18/06