AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | \*\*SECRET\*\*<br>WARRANT FOR ARREST |
| V.<br>BROCK PURVIANCE | CASE NUMBER: 3:06-cr-00040-JWS<br>06-mj-0101 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest BROCK PURVIANCE and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XXX] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense):
18:2423(b) - TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT - Count 1

in violation of Title United States Code, Section(s)

Ida Romack
Name of Issuing Officer

by _____(seal)_____ Deputy Clerk
Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

April 19, 2006, at Anchorage, Alaska
Date and Location

Bail Fixed at $ to be determined

by Magistrate Judge John D. Roberts

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: Simms & Bowles
Rite Aid Parking Lot  11601 W. Bowles Ave.
Littleton, CO 80127

| DATE RECEIVED 5/15/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/19/06 | SA Ed Schwaigert | [signature] |

DEBORAH SMITH
Acting United States Attorney

06-mj-01101

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:06-cr-00040-JWS |
|---|---|
| Plaintiff, | ) COUNT 1 |
| vs. | ) TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT |
| BROCK PURVIANCE, | ) Vio. 18 U.S.C. §§ 2423(b) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges that:

COUNT 1

TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT

On or about August 18, 2004, in the District of Alaska, and elsewhere, the

defendant BROCK PURVIANCE, a 28-year-old man, did knowingly travel to Alaska

from Colorado, for the purpose of engaging in illicit sexual conduct with another person,

Jane Doe, a 15-year-old girl, to wit: engaging in sexual contact and sexual penetration with a person who has attained the age of 12, but has not attained the age of 16, and is at least four years younger than the person so engaging.

All of which is in violation of Title 18 U.S.C. §§ 2423(b).

A TRUE BILL.

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Audrey J. Renschen
AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

s/Deborah Smith
DEBORAH SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Deb.Smith@usdoj.gov

DATED: 4/18/06

Case 3:06-cr-00040-JWS-JDR *SEALED* Document 3 Filed 04/19/2006 Page 1 of 1

## INDICTMENT/INFORMATION COVER SHEET

DEFENDANT'S NAME: BROCK PURVIANCE    ALIASES:
STREET:                              DoB:
CITY/STATE/ZIP: Arvada, Colorado     SSN:
SEX: M    IS DEFENDANT A JUVENILE? ☐ Yes ✔ No    If yes, Matter to be sealed: ☐ Yes ☐ No

**Related Case Information**

☐ Superseding Indictment         Docket No.
☐ Same Defendant  ✔ New Charge  ✔ New Defendant
☐ New Information, Same Case
☐ MJ Complaint No.               SW Case No.
☐ R/20;  ☐ R40 from District of

**Counsel Information:**   AUSA: Audrey J. Renschen
☐ FPD  ☐ CJA  ☐ Retained: (Name/Address)

**Defendant's Location Status**   Arrest Date:         INTERPRETER NEEDED
☐ In Federal Custody at-   Location:                   ☐ Yes ✔ No
☐ In State Custody at-     Location:                   Language/Dialect:
☐ On Pretrial Release  ☐ Bond  ☐ OR  ☐ TPC

**PROCESS:**
☐ Summons  ☐ Habeas Corpus ad Prosequendum
✔ Arrest/Bench Warrant  ✔ Secret  ☐ Not Secret  ☐ Under Seal
✔ Bail: Detention (18 USC 3142(f))  ✔ flight risk  ✔ danger to community  ✔ no ties to community
☐ OR  ☐ $ _____  ☐ Secured  ☐ Unsecured  ✔ Please Notify USM to set for Arraignment

CHARGE(S):  Total # of Counts: 1    Place of Offense(s): Anchorage, AK

*Have previous charge(s) been filed against this defendant as to this offense(s):* ☐ Yes ☐ No

| Count | Level F-M-P | Code Provision | Offense (if drug charge state type of drug) | Maximum Penalty |
|---|---|---|---|---|
| 1 | F | 18 U.S.C. 2423(b) | TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT | 30 yr max, $250,000 fine, 5yrs to life SR, $100 SA |

**ATTACH ADDITIONAL SHEET IF NECESSARY FOR LIST OF CHARGES**
(Please include information as requested above)

USDC/AK (2/97)                                              Revised 01-OCT-1999