IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE**
**BOYD N. BOLAND**

Courtroom Deputy: Nel Steffens　　　　　　　　　　FTR: BNB PM
　　　　　　　　　　　　　　　　　　　　　　　　Date: May 22, 2006
Case No.: 06-mj-01101

UNITED STATES OF AMERICA,　　　　　　　　　Habib Nasrullah

　　　　　　Plaintiff,

vs.

BROCK PURVIANCE,　　　　　　　　　　　　　Without counsel

　　　　　　Defendant.
_____

### INITIAL APPEARANCE ON RULE 5 FROM DISTRICT OF ALASKA
_____

Court in session: 2:01 p.m.

Court calls case and appearances. Amy Fonck is present from Pre-trial Services. Defendant is present in custody.

Defendant is advised of all rights, including Rule 20 rights, charges, and possible penalties. Defendant tenders a financial affidavit and requests court-appointed counsel.

**ORDERED:**
• 　Office of the Federal Public Defender is appointed to represent the defendant.

Government is seeking detention.

**ORDERED:**
• 　Identity and Detention hearing is set for **May 25, 2006 at 10:30 a.m.**
• 　Defendant is remanded to the custody of the U.S. Marshal.


Court in recess: 2:07 p.m.
Hearing concluded.
Hearing duration: 6 minutes