IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 06-mj-01101-BNB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BROCK PURVIANCE,

        Defendant.

_____

NOTICE OF APPEARANCE
OBJECTION TO RULE 10 ARRAIGNMENT BY VIDEO CONFERENCE
_____

        The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

        The defendant, through undersigned counsel, objects to the arraignment under Rule 10 of the Federal Rules of Criminal Procedure being conducted by video conference and requests to be personally present in open court during the arraignment.

        Respectfully submitted,

        RAYMOND P. MOORE
        Federal Public Defender


        s/ Scott T. Varholak
        Scott T. Varholak
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Scott_Varholak@fd.org
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 23, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Habib Nasrullah, Assistant U.S. Attorney
    email: habib.nasrullah@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Brock Purviance
    Reg. No. 34230-013
    c/o Douglas County Jail
    4000 Justice Way
    Castle Rock, CO 80104

                                        s/ Scott T. Varholak
                                        Scott T. Varholak
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO 80202
                                        Telephone: (303) 294-7002
                                        FAX: (303) 294-1192
                                        Scott_Varholak@fd.org
                                        Attorney for Defendant