UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BOYD N. BOLAND | Lucy Kenyon |
| U.S. MAGISTRATE JUDGE | Deputy Clerk |
| | |
| Case Number: 06-mj-01101- | FTR BNB AM |
| Date: MAY 25, 2006 | |
| | |
| UNITED STATES OF AMERICA | Habib Nasrullah |
| V. | |
| BROCK PURVIANCE | Scott Varholak |

IDENTITY AND DETENTION HEARING (RULE 5 - DISTRICT OF ALASKA)

Court in Session: 10:39 a.m.

Court calls case and appearance.  Amy Fonck is present from Probation.

Defendant tenders a waiver of identity.
Defendant advised of all conditions of the waiver.

**ORDERED:**
- waiver accepted;
- matter bound over for further proceedings;

**DETENTION HEARING**

| | |
|---|---|
| 10:39 a.m. | Government calls Edward Schwaigert.  Witness sworn.  Direct exam by Habib Nasrullah.  Government tenders numerous Exhibits. |
| 10:48 a.m. | Mr. Varholak requests that he be allowed to review the Exhibits first  Defense reviews exhibits. |
| 10:57 a.m. | Continued direct - government tenders Exhibits 1-3, 4-6, 7, 8,9, 10, 11-12, 13, 14, 15 and 16, |
| 11:30 a.m. | Witness excused. |

PAGE TWO

06-mj-01101

Proffer by Scott Varholak

Argument by Habib Nasrullah and requests that the Court take judicial notice of the Pretrial Service Report for detention.

Argument by Scott Varholak for release.

**ORDERED:**

- Clear and convincing evidence that the defendant is Danger to the Community

- No conditions or a combination of conditions can be imposed to assure the safety of the community;

- Defendant shall be detained pending final resolution of this case;

- U.S. Marshal shall transport the defendant back to the District of Alaska as soon as possible;

Mr. Nasrullah requests that the Exhibits be returned to him, because of the nature and protection of the victim and he shall file them under seal.

**ORDERED:** Exhibits are returned to the government and they shall file them under seal.

- Defendant remanded to custody

Court in Recess: 11:49 a.m.

Hearing Concluded
Time: 60 minutes

UNITED STATES DISTRICT COURT