```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs BROCK PURVIANCE              CASE NO. 3:06-cr-00040-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES ATTORNEY:          AUDREY RENSCHEN

DEFENDANT'S ATTORNEY:            SUE ELLEN TATTER - APPOINTED

U.S.P.O.:                        PATRICIA WONG

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD JULY 3, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:08 a.m. court convened.

 X Copy of Indictment given to defendant: read.

 X Defendant advised of general rights.  X Waived full advisement
                                           of rights.

 X Defendant advised of charges and penalties.

 X Defendant sworn.

 X Defendant stated true name: Same as above.

 X Financial Affidavit FILED.
    X Federal Public Defender accepted appointment; FPD notified.

 X PLEAS: Not guilty to count 1 of the Indictment.

 X Detention not contested. Defendant detained.

 X Order of Detention Pending Trial FILED.

 X Pretrial motions due  July 24, 2006 ; Order for the
   Progression of a Criminal Case with Trial by Jury & Final
   Pretrial Date FILED.

 X Counsel advised of trial date: September 6, 2006 at 9:00 a.m.
   before U.S. District Judge John W. Sedwick. Final Pretrial
   Conference set for September 6, 2006 at 8:30 a.m.

 X OTHER: Parties to meet and confer by July 7, 2006.

At 10:22 a.m. court adjourned.

DATE:     July 3, 2006          DEPUTY CLERK'S INITIALS:    ak
```