DEBORAH M. SMITH
Acting U.S. Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-040-JWS |
| | ) | |
| Plaintiff, | ) | DISCOVERY CONFERENCE |
| | ) | CERTIFICATE |
| vs. | ) | |
| | ) | |
| BROCK PURVIANCE, | ) | |
| | ) | |
| Defendant. | ) | |

This document certifies that the United States, pursuant to Fed. R. Crim. P. 16, conferred with counsel in this case and provided discovery to the defendant on July 7th, 2006, and provide any additional discovery as it becomes available.

RESPECTFULLY submitted this 10th day of July, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting U.S. Attorney

s/ Audrey J. Renschen
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

**Certificate of Service**
I declare hereby certify that on July 10, 2006,
a copy of the foregoing was served electronically
on Sue Ellen Tatter, Assistant Federal Defender.


s/ Audrey J. Renschen
Assistant U.S. Attorney