Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BROCK JON PURVIANCE,<br><br>　　　　Defendant. | NO. 3:06-cr-0040-JWS<br><br>**ENTRY OF APPEARANCE** |

　　　　Sue Ellen Tatter, Assistant Federal Public Defender for the District of Alaska, hereby enters her appearance as counsel for the Defendant BROCK JON PURVIANCE in the above-captioned action.

　　　　DATED this 11th day of July 2006.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　s/Sue Ellen Tatter
　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　601 West Fifth Avenue, Suite 800
　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　Phone:　　907-646-3400
　　　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　　　E-Mail:　　sue_ellen_tatter@fd.org

Certification:
I certify that on July 11, 2006,
a copy of the **Entry of Appearance**
was served electronically on:

Audrey Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter