Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BROCK JON PURVIANCE,<br><br>    Defendant. | NO. 3:06-cr-0040-JWS<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE TIME FOR FILING PRETRIAL MOTIONS** |

The defendant, Brock Jon Purviance, through counsel, moves this court for an order continuing the time in which to file pretrial motions in this matter.  Pretrial motions currently are due July 24, 2006.  The defense is still obtaining some discovery, including e-mail/chat "contact lists" and "chat profiles" from the defendant's laptop referred to by the FBI agent, forensic reports from computers and police reports.  Counsel just received the forensic reports Friday, July 21, 2006.  Counsel needs additional time to review this discovery and prepare pretrial motions.

For the above reasons, defendant requests that the court continue the time in which to file pretrial motions in this action. Assistant U.S. Attorney Audrey Renschen has stated she does not oppose a continuance.

DATED this 24th day of July 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:    907-646-3400
Fax:       907-646-3480
E-Mail:    sue_ellen_tatter@fd.org

Certification:
I certify that on July 24, 2006,
a copy of the *Unopposed Motion on Shortened Time to Continue Time for Filing Pretrial Motions* was served electronically on:

Audrey J. Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter