UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:06-cr-0040-JWS |
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| BROCK JON PURVIANCE, | |
| Defendant. | |

After due consideration of the defendant's Unopposed Motion on Shortened Time to Continue Time for Filing Pretrial Motions, the motion is GRANTED.  The time to file pretrial motions in this matter is continued from July 24, 2006, until _____, 2006.  Oppositions to any pretrial motions will be due _____, 2006.


DATED this \_\_\_\_ day of July 2006.


_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE