Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BROCK JON PURVIANCE,<br><br>Defendant. | NO. 3:06-cr-0040-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Sue Ellen Tatter, being first duly sworn upon oath, deposes and states:

1.  I am the attorney appointed to represent defendant, Brock Jon Purviance, in the above-captioned case.

2.  Mr. Purviance has been charged with one court of Travel with Intent to Engage in Illicit Sexual Conduct (18 U. S. C. § 2423(b)).

3.  I am still obtaining some discovery, including e-mail/chat "contact lists" and "chat profiles" from the defendant's laptop referred to by the FBI agent and police reports.  I just received the forensic report CD of defendant's computer on July 21, 2006.

      4.    I will need additional time, at least ten days, to investigate pretrial motions, once I review discovery from the government.

      5.    Assistant U.S. Attorney Audrey Renschen does not oppose this motion.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Sue Ellen Tatter

SUBSCRIBED AND SWORN to before me this 24th day of July 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008