Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-cr-0040-JWS |
|---|---|
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION TO CONTINUE TRIAL FOR FOUR WEEKS** |
| BROCK JON PURVIANCE, | |
| Defendant. | |

The defendant, Brock Jon Purviance, through counsel, hereby requests a continuance of the trial in this case, currently scheduled for September 6, 2006, for approximately four weeks, under 18 U. S. C. § 3161(h)(8)(A) and (B)(iv).

The reasons for the request are contained in the attached affidavit.

Assistant U.S. Attorney Audrey Renschen has stated she does not oppose a continuance. Both counsel request a scheduling conference because of many other trials and hearings.

DATED this 1st day of August 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on August 1, 2006,
a copy of the ***Unopposed Motion
to Continue Trial for Four Weeks***
was served electronically on:

Audrey J. Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter