Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BROCK JON PURVIANCE,<br><br>　　　　Defendant. | NO. 3:06-cr-0040-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

　　　　Sue Ellen Tatter, being first duly sworn upon oath, deposes and states:

　　　　1.　　I am the attorney for defendant Brock Purviance in the above-captioned case.

　　　　2.　　Mr. Purviance is charged with interstate travel to Alaska to engage in illegal sex with a minor.

　　　　3.　　Trial in this case is currently set for September 6, 2006, at 9:00 a.m.

　　　　4.　　This case involves evidence from e-mails, chats and other computer evidence.  The computers involved belong to the defendant and the minor.  The defense

has received much computer evidence but has not yet received a copy of the defendant's hard drive. Much of this material could be important evidence for or against the defendant, or potential § 404(b) material. The defendant's mental state is an issue in this case. It is necessary for us to be aware of every piece of evidence which could help him or impeach him.

        5.      Although this case has a single count and does not appear complicated legally, it is very complex factually because of the nature and volume of the evidence on the computers. I feel I cannot provide effective assistance of counsel until my investigator and I go through all the discovery.

        6.      Assistant U.S. Attorney Audrey Renschen stated to me that she does not oppose this motion. Both counsel request a scheduling conference because of many other trials and hearings.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Sue Ellen Tatter

SUBSCRIBED AND SWORN to before me this 1st day of August 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

United States v. Brock Jon Purviance
Case No. 3:06-cr-0040-JWS         Page 2

Certification:
I certify that on August 1, 2006,
a copy of the ***Affidavit of Counsel***
was served electronically on:

Audrey J. Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter