Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-cr-0040-JWS |
|---|---|
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR COURT TO SET A SCHEDULING HEARING** |
| BROCK JON PURVIANCE, | |
| Defendant. | |

On August 1, 2006, the defendant, Brock Jon Purviance, through counsel, filed an Unopposed Motion to Continue Trial for Four Weeks (Docket No. 15).  In that motion, counsel also requested a scheduling conference.  This request should have been filed as a separate document.

Assistant U.S. Attorney Audrey Renschen does not oppose a continuance. Both counsel request a scheduling conference because of many other trials and hearings. Therefore, counsel respectfully requests that the court set a scheduling conference to determine a new trial date.

      DATED this 1st day of August 2006.

            Respectfully submitted,

            s/Sue Ellen Tatter
            Assistant Federal Defender
            601 West Fifth Avenue, Suite 800
            Anchorage, AK 99501
            Phone:    907-646-3400
            Fax:       907-646-3480
            E-Mail:    sue_ellen_tatter@fd.org

Certification:
I certify that on August 1, 2006,
a copy of the **Unopposed Motion for Court to Set a Scheduling Hearing** was served electronically on:

Audrey J. Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter