UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BROCK JON PURVIANCE,<br><br>Defendant. | NO. 3:06-cr-0040-JWS<br><br>**PROPOSED ORDER SETTING A SCHEDULING CONFERENCE** |

After due consideration of the Defendant's Unopposed Motion for Scheduling Hearing, the motion is GRANTED.

IT IS HEREBY ORDERED that a scheduling conference is set for _____, 2006, at _____ \_\_\_.m.

DATED this \_\_\_\_ day of August 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE