Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BROCK JON PURVIANCE,<br><br>Defendant. | NO. 3:06-cr-0040-JWS<br><br>**NOTICE OF FILING CORRECTED PROPOSED ORDER** |

The defendant, Brock Jon Purviance, through counsel, hereby files the attached corrected Proposed Order to his Unopposed Motion to Continue Trial for Four Weeks, filed August 1, 2006, at Docket No. 15.

DATED this 1st day of August 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

<u>Certification</u>:
I certify that on August 1, 2006,
a copy of the ***Notice of Filing
Corrected Proposed Order*** was
served electronically on:

Audrey J. Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

<u>s/Sue Ellen Tatter</u>