UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-cr-0040-JWS |
|---|---|
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION TO CONTINUE TRIAL FOR FOUR WEEKS** |
| BROCK JON PURVIANCE, | |
| Defendant. | |

After due consideration of the Defendant's Unopposed Motion to Continue Trial for Four Weeks, the motion is GRANTED.

IT IS HEREBY ORDERED that the trial in this matter is continued from Wednesday, September 6, 2006, to _____, 2006, at _____ ___.m.  The final pretrial conference is continued from September 6, 2006, to _____, 2006, at _____ ___.m.

DATED this ____ day of August 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE