## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA        v.        BROCK PURVIANCE

THE HONORABLE JOHN W. SEDWICK        CASE NO.    3:06-cr-00040-JWS

Deputy Clerk                            Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:  ----

                for DEFENDANT:  ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

---

The motion for a continuance of the trial at docket 15 is **DENIED** without prejudice to the possibility that a new trial date will be set in connection with the conference mentioned below.

The motion for a scheduling conference to find a suitable trial date is **GRANTED** as follows:  The court will hold the conference at 8:30 AM on Monday, August 7, 2006.

DATE: August 3, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]