Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BROCK JON PURVIANCE,<br><br>　　　　　Defendant. | NO. 3:06-cr-0040-JWS<br><br><br>**MOTION FOR BAIL REVIEW HEARING** |

The defendant, Brock Jon Purviance, through counsel, hereby requests this Honorable Court to set a hearing to review the defendant's bail status.  This request is made in light of the fact that Brock Purviance's mother and step-father, Janet and Fred Muñoz, have applied to serve as third party custodians.  The Colorado court, when Mr. Purviance was arrested, detained him.  However at that time, there was no concrete proposal for third-party supervision.  Mr.  and Mrs. Muñoz have submitted applications  to pre-trial services last week.

The defense request a hearing after August 23, 2006, so that Mrs. Muñoz may travel to Alaska to testify.

DATED this 16th day of August, 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on August 16, 2006
a copy of *Motion for Bail Review Hearing*
 was served electronically on:

Audrey J. Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>BROCK JON PURVIANCE,<br><br>      Defendant. | NO. 3:06-cr-0040-JWS<br><br>**PROPOSED ORDER** |

After due consideration of the Motion for Bail Review Hearing; IT IS HEREBY

GRANTED/DENIED.  A Bail Review Hearing is set for _____, 2006 at _____

a/p.m.

DATED this _____ day of _____ 2006.


_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE