UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BROCK JON PURVIANCE,<br><br>　　　　Defendant. | NO. 3:06-cr-0040-JWS<br><br>**PROPOSED ORDER** |

After due consideration of the Motion for Bail Review Hearing; IT IS HEREBY GRANTED/DENIED.  A Bail Review Hearing is set for _____, 2006 at _____ a/p.m.

　　　　DATED this ____ day of _____ 2006.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE