Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BROCK JON PURVIANCE,<br><br>Defendant. | NO. 3:06-cr-0040-JWS<br><br>**MOTION ON SHORTENED TIME FOR WITNESSES TO APPEAR TELEPHONICALLY AT BAIL HEARING** |

The defendant, Brock Jon Purviance, through counsel, hereby requests this Honorable Court to permit the taking of telephonic testimony at the bail hearing.  The defense has two witnesses, Jared Jurgenmeier and Aron Beatty, who reside out of the State of Alaska and who may have relevant evidence to present.  Neither of these persons could afford time off from work for the lengthy trip to Alaska, and the issues they could address may not be raised by the prosecution.

DATED this 24th day of August  2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:        907-646-3400
Fax:          907-646-3480
E-Mail:       sue_ellen_tatter@fd.org

Certification:
I certify that on August 24, 2006,
a copy of the **Motion on Shortened
Time for Witnesses to Appear
Telephonically at Bail Hearing**
was served electronically on:

Audrey J. Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter