UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BROCK JON PURVIANCE,<br><br>Defendant. | NO. 3:06-cr-0040-JWS<br><br>**PROPOSED ORDER GRANTING MOTION ON SHORTENED TIME FOR WITNESSES TO APPEAR TELEPHONICALLY AT BAIL HEARING** |

After due consideration of the defendant's Motion on Shortened Time For Witnesses to Appear Telephonically at Bail Hearing, the court grants the motion.

IT IS HEREBY ORDERED that witnesses Jared Jurgenmeier and Aron Beatty may appear telephonically at Brock Purviance's bail hearing scheduled for August 25, 2006, at 9:30 a.m. by calling (907) _____.

DATED this ____ day of August 2006.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE