(Rev 6/06)

# LIST OF EXHIBITS

Case No. 3:06-CR-00040-JWS Magistrate Judge/Judge: John D. Roberts

Title U.S.A.

vs. Brock Purviance

Dates of Hearing/Trial: August 25, 2006

Deputy Clerk/Recorder: Caroline Edmiston / Suzannette David

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Audrey Renschen | Sue Ellen Tatter |
| | |
| | |

------------EXHIBITS------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | 8/25 | email 8-16-04 | | | | |
| 2 | X | 8/25 | email 8-02-04 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |