Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BROCK JON PURVIANCE,<br><br>Defendant. | NO. 3:06-cr-0040-JWS<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

The defendant, Brock Jon Purviance, through counsel, gives notice of his intent to change his plea to the indictment pursuant to a plea agreement filed October 3, 2006.  The parties request a hearing Friday afternoon, October 6, 2006, at approximately 2:00 p.m. or thereafter.

DATED this 4th day of October 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:           907-646-3480
E-Mail:      sue_ellen_tatter@fd.org

Certification:
I certify that on October 4, 2006,
a copy of the **Notice of Intent to Change Plea** was served electronically on:

Audrey J. Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter