MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. BROCK PURVIANCE         CASE NO. 3:06-cr-00040-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:                JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:               APRIL KARPER

UNITED STATES ATTORNEY:              AUDREY RENSCHEN

DEFENDANT'S ATTORNEY:                SUE ELLEN TATTER

U.S.P.O.:                            TIM ASTLE

PROCEEDINGS: PROPOSED CHANGE OF PLEA HEARING
             HELD OCTOBER 6, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:48 p.m. court convened.

 X Defendant sworn.

 X Defendant advised of general rights.

 X Defendant advised of charges and penalties.

 X Defendant states true name: Brock Jon Purviance

 X Defendant changed plea to guilty on count 1 of the Indictment.

 X Court accepted plea. Referred to P.O. for presentence report.

 X Imposition of Sentence set for **January 3, 2007 at 8:30 a.m.**

 X Defendant's detention continued.

 X OTHER: Court and counsel heard re plea agreement; court reserved approval of the plea agreement.

At 4:09 p.m. court adjourned.


DATE:   October 6, 2006      DEPUTY CLERK'S INITIALS:    amk