NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tele: (907) 271-5071
Fax: (907) 271-1500
e-mail: audrey.renschen@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-040-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | GOVERNMENT'S MOTION TO |
| | ) | ACCEPT ONE-DAY LATE |
| BROCK JON PURVIANCE, | ) | SENTENCING MEMORANDUM |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The United States by Assistant United States Attorney Audrey J. Renschen, hereby moves the court to accept the government's sentencing memorandum that was due yesterday.

Undersigned counsel was unable to complete the sentencing memorandum and file it on ECF last evening because of an emergency on another case, and had to seek the help of a legal assistant today to complete the filing.

RESPECTFULLY SUBMITTED THIS 28th day of December, 2006 at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Audrey J. Renschen
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: audrey.reschen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2006
a copy of the foregoing was served
electronically on Sue Ellen Tatter

s/ Audrey Renschen