IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-040-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | [PROPOSED] ORDER GRANTING |
| | ) | GOVERNMENT'S MOTION TO |
| BROCK JON PURVIANCE, | ) | ACCEPT ONE-DAY LATE |
| | ) | SENTENCING MEMORANDUM |
| Defendant. | ) | |
| | ) | |
| | ) | |

Having considered the government's motion, for good cause shown, the court hereby grants the motion to accept the government's one day late sentencing memorandum.

IT IS SO ORDERED.


_____              _____
DATE                                              HONORABLE JOHN W. SEDWICK