IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    ) No. 3:06-CR-040-JWS
)
Plaintiff,    )
)
vs.    ) <u>ORDER GRANTING</u>
) <u>GOVERNMENT'S MOTION TO</u>
BROCK JON PURVIANCE,    ) <u>ACCEPT ONE-DAY LATE</u>
) <u>SENTENCING MEMORANDUM</u>
Defendant.    )
)
_____ )

Having considered the government's motion, for good cause shown, the

court hereby grants the motion to accept the government's one day late sentencing

memorandum.

IT IS SO ORDERED.


<u>December 28, 2006</u>                 <u>/s/ John W. Sedwick</u>
DATE                       HONORABLE JOHN W. SEDWICK