

Denver School of Music

# DSoM

TO: Judge Sedwick
FROM: Robert Fulton
DATE: 12/28/06
**SUBJECT: Brock Jon Purviance**

___

5275 Marshall St
Arvada, Co 80003
**T** 303-420-7952
robert@denverschoolofmusic.com
www.denverschoolofmusic.com

Dear Judge Sedwick,

My name is Robert Fulton, owner of Denver School of Music and friend of Brock Purviance. I am 27 years old and have been close friends with Brock for over 13 years.

Brock Purviance worked for Denver School of Music as the head of the music department since the school opened.

He was in charge of operations of the school includes the following duties: scheduling, ensemble leading, teacher training, student performances, recitals and student relationships.

In the two years that Brock worked at Denver School of Music we never had one problem with him. Not one complaint on his conduct or teaching style.

Outside of the school Brock had a healthy lifestyle. He would constantly go to sporting events, concerts, formal parties and other family and friend functions.

Brock also had female relationships and friendships in many different contexts within our age group. He was neither shy nor child like in his interactions.

Regards,

*[signature]*

**Robert Fulton**