MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. <u>BROCK PURVIANCE</u>          CASE NO. <u>3:06-cr-00040-JWS</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE:<u>        JOHN W. SEDWICK        </u>

DEPUTY CLERK/RECORDER:<u>        APRIL KARPER        </u>

UNITED STATES' ATTORNEY:<u>        AUDREY RENSCHEN        </u>

DEFENDANT'S ATTORNEY:<u>        SUE ELLEN TATTER        </u>

U.S.P.O.:<u>                TIM ASTLE        </u>

PROCEEDINGS: IMPOSITION OF SENTENCE HELD JANUARY 3, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:36 a.m. court convened.

<u>X</u> Notice of Appeal form given to defendant.

At 9:16 a.m. court recessed until 9:54 a.m.

<u>X</u> Court stated findings/reasons pursuant to sentencing
    guidelines.

<u>X</u> Imprisonment for a period of <u>71 months on Count 1 of the</u>
    <u>Indictment.</u>

<u>X</u> Defendant placed on supervised release for a period of <u>25</u>
    years under the usual terms and conditions with special
    conditions of supervised release as stated in the judgment.

<u>X</u> Special Assessment $<u>100.00</u>, due <u>immediately.</u>

<u>X</u> Restitution $<u>2,605.00</u>, to be paid to <u>the parents of victim,</u>
    <u>J.H.</u>

<u>X</u> Defendant remanded to the custody of the U.S. Marshal.

<u>X</u> OTHER: <u>Court accepted the Plea Agreement. Court and counsel</u>
<u>heard re objections to presentence report; arguments heard; court</u>
<u>adopted the presentence report with changes. Victim Impact</u>
<u>Statements heard. Appeal rights given. Payment Coupons given to</u>
<u>defendant.</u>

List of Exhibits filed separately.

At 11:40 a.m. court adjourned.

DATE:<u>    January 3, 2007    </u> DEPUTY CLERK'S INITIALS:<u>    amk</u>