(Rev 1/07)

# LIST OF EXHIBITS

Case No. 3:06-cr-00040-JWS   Judge: **JOHN W. SEDWICK**

Title       U.S.A.
vs.
            Brock Purviance

Dates of Hearing/Trial:   January 3, 2007

Deputy Clerk/Recorder:    April Karper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Audrey Renschen | Sue Ellen Tatter |
|  |  |
|  |  |

----------EXHIBITS----------

| PLAINTIFF ||||  DEFENDANT ||||
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ |  | e-mails/msgs | A |  |  |  |
| 2 | ✓ |  | letter | B |  |  |  |
|  |  |  |  | C |  |  |  |
|  |  |  |  | D |  |  |  |
|  |  |  |  | E |  |  |  |
|  |  |  |  | F |  |  |  |
|  |  |  |  | G |  |  |  |
|  |  |  |  | H |  |  |  |
|  |  |  |  | I | ✓ |  | e-mails/msgs |
|  |  |  |  | J | ✓ |  | e-mails/msgs |