Brock Purviance, In pro per
c/o FCI - Big Spring
Register Number 34230-013
1900 Simler Avenue, SS-1
Big Spring, Texas 79720

In propria Persona for Defendant

RECEIVED

JUN 1 1 2007

CLERK, ~~~~~~~~~~ COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

OF ALASKA

| UNITED STATES OF AMERICA, | ) Case Number: 3:06-CR-0040-JWS |
|---|---|
| Plaintiff-Respondent, | ) MOTION FOR RETURN OF PROPERTY |
| versus | ) UNDER F.R.Cr.P. 41(g) |
| BROCK PURVIANCE, | ) Judge: Hon. John W. Sedwick |
| Defendant-Movant. | ) Date:<br>) Time: |

NOW COMES the Defendant, BROCK PURVIANCE (hereinafter "Defendant"), in pro per, to request this Court to order the Government to return the property seized on March 21, 2006.

## I. JURISDICTION

Jurisdiction is conferred upon this Court to resolve the matters contained herein under Federal Rule of Civil Procedure 41(g). See U.S. v Comprehensive Drug Testing, Inc., 473 F3d 915 (9th Cir. 2006).

## II. BACKGROUND

On March 21, 2006, the FBI executed two search warrants on Defendant's residence at 5923 Pierce St. #204, Arvada, Colorado and former business at 5275 Marshall St. #205, Arvada, Colorado. Agents seized a number of items which are particularly described in the attached property return. See Exhibit "A".

In early 2007, the FBI returned some of the property to the Defendant's

relatives, who were authorized to receive Defendant's returned property. A computer hard drive owned by Defendant was given to one of Defendant's business associates, who was not only not authorized to receive any of Defendant's property, but also subsequently lost the hard drive.

Defendant, through his attorney, has made multiple attempts at having the FBI return the remainder of Denfendant's property, however, Defendant's requests have been ignored.

### III. DISCUSSION

Defendant is entitled to the retun of his seized property, and the Government, after several requests, is refusing to comply. Remaining unreturned are the following items:

1) Hard drive seized from Defendant's former business[1]
2) Misc. documents, including letters, photos, a notebook, other loose papers
3) Black/pink panties
4) Media - Mini digital video cassette tapes, 2 ea.
5) Misc. documents and receipts, bank statements, postal receipts, phone invoices, letters, other misc. papers
6) Dress

With regard to the lost hard drive which the Government unilaterally returned to an unauthorized person, Defendant is informed and believes that the FBI has made and is maintaining a copy of the data that was on that drive. In this respect, Defendant asks this Court to order the Government to provide Defendant with a copy of (all of) the data that was on this hard drive.[2]

---

[1] The data on this hard drive is not to be confused with the data on the hard drive of his laptop.

[2] Since the hard drive contained large amounts of data, it would likely be easiest for the Government to return the data on a replacement hard drive of equivalent specifications (300GB SATA 7200RPM), as opposed to DVDRs. This would also satisfy Defendant's need to replace the hard drive itself, for which the Government is responsible losing.

## IV. CONCLUSION

Defendant is entitled to the return of the property that was seized from him. With regard to the hard drive, if the data is not returned to Defendant, Defendant will suffer irreparable harm due to the fact the hard drive contained years of unique data used for personal business and pleasure.

**WHEREFORE,** Defendant asks this Court for an order:

1) for the Government to return the aforementioned items as described in this document as well as Exhibit "A" to authorized parties Fred and Jan Munoz at 7769 B S. Curtice Drive, Litteton, Colorado;

2) compelling the Government to make copies of, at its own expense, the hard drive which was seized from Defendant's former business and disposed of without authorization.

Respectfully submitted,

_____          6.4.07
Brock Purviance                     Date
In propria persona for Defendant
    c/o FCI - Big Spring
    Register Number 34230-013
    1900 Simler Avenue, SS-1
    Big Spring, Texas 79720

# CERTIFICATE OF SERVICE

I, _Brock Purviance_, hereby certify that I have served a true and correct copy of the following:

MOTION FOR RETURN OF PROPERTY UNDER F.R.Cr.P. 41(g)

which is deemed filed at the time it was delivered to prison authorities for forwarding,*Houston v. Lack, 487 U.S. 266 (1988), upon the (plaintiff/defendant) (petitioner/respondent) (appellant/appellee) and/or its attorney(s) of record by placing same in a sealed first-class postage prepaid envelope addressed to:

U.S. Attorneys
ATTN: Audrey Renschen
222 W. 7th Ave. #9
Anchorage, Alaska [99513]

and deposited into this institution internal mail system located at FCI BIG SPRING, 1900 Simler Avenue, Big Spring, Texas 79720, on this __4th__ th day of __June__, 2007



*Pursuant to Fed.R.App.P25(a)(2)(c), "A paper filed by an inmate confined in an institution is timely filed if deposited in the institution's internal mail system on or before the last day for filing."