Exhibit "A", page 1 of 2

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
Brock Jon PURVIANCE
5923 Pierce St. #204
Arvada, CO
Three story apartment complex

**Investigation Number:**

**Starting Date and Time:**
03/21/2006 10:07 AM
**Ending Date and Time:**
03/21/2006 11:05 AM

**Report Date:**
Tuesday, March 21, 2006

---

**Control #:** 1
**Location:** living room
**Found:** floor
**Description:** Seized Per Warrant   laptop, HP, Ser. # cnf3432ljm, Model # pavillion ze4500,
**Evidence Box:**
**Locator Code:** c

---

**Control #:** 2
**Location:** bedroom 1
**Found:** night stand
**Description:** Seized Per Warrant   misc. documents
**Evidence Box:**
**Locator Code:** h

---

**Control #:** 3
**Location:** bedroom 1
**Found:** night stand
**Description:** Seized Per Warrant   black/pink panties
**Evidence Box:**
**Locator Code:** h

---

**Control #:** 4
**Location:** bedroom 1
**Found:** night stand
**Description:** Seized Per Warrant   LG Verizon cellphone, with charger
**Evidence Box:**
**Locator Code:** h

---

**Control #:** 5
**Location:** bedroom 1
**Found:** closet
**Description:** Seized Per Warrant   media - mini digital video cassette tapes, approx. 2ea
**Evidence Box:**
**Locator Code:** h

---

**Control #:** 6
**Location:** bedroom 1
**Found:** closet / file drawer
**Description:** Seized Per Warrant   misc. documents and receipts, bank statement, postal receipt
**Evidence Box:**
**Locator Code:** h

---

**Control #:** 7
**Location:** bedroom 1
**Found:** closet
**Description:** Seized Per Warrant   dress
**Evidence Box:**
**Locator Code:** h

---


✳ = NOT RETURNED

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
5275 Marshall St.
Suite 205
Arvada, CO 80002

Business
Denver School of Music
Brock Jon PURVIANCE

**Investigation Number:**

**Starting Date and Time:**

03/21/2006 11:37 AM

**Ending Date and Time:**

03/21/2006 12:10 PM

**Report Date:**
Tuesday, March 21, 2006

---

**Control #:** 1
**Location:** music room
**Found:** computer desk
**Description:** Seized Per Warrant   Lacie external hard drive Ser.# 13120639   (RETURNED)

**Evidence Box:**
**Locator Code:** 6

---

✱ **Control #:** 2
**Location:** music room
**Found:** computer desk
**Description:** Seized Per Warrant   generic computer

**Evidence Box:**
**Locator Code:** 6

---

✱ = NOT RETURNED