Memorandum of Record

AGENCY / DEPARTMENT:

**U. S. DEPARTEMENT OF JUSTICE**

BROCK JON PURVIANCE (c)   34230-013
FCI - Low
1900 Simler Avenue
Big Spring, Texas [79720]

To:

Michael D. Hall or
Clerk of the Court
222 W. Seventh Avenue #4, Room 239
Anchorage, Alaska 99513-7564

RECEIVED
JUN 19 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IDENTIFICATION OF REQUESTER:
In accordance with 28 CFR § 16.41 (d)

RE: DISCLOSURE OF ALL CRIMINAL BONDS, BONDING, OR OTHERWISE AS REQUESTED BELOW - BROCK JON PURVIANCE (c) - Case No.:  3:06-CR-00040-JWS  - UNITED STATES DISTRICT COURT for the DISTRICT OF ALASKA.  Date:  January 3, 2007.

Dear Mr. Hall or Clerk of the Court,

   This request is made pursuant to the provisions of the Freedom of Information Act 5 U.S.C. § 552 and the Privacy Act 5 U.S.C. § 552a (d)(1) for a full disclosure and release of all records and/or data contained in the files of your Department and/or Agency for Bond Information and/or Commercial Crimes Bonding Certification and/or Case Bonding Information and/or Commercial Crimes Bonding Certification 5 U.S.C. § 552 (a)(2)(A)(B) of records that are secured and maintained by your Department and/or Agency.

   The records sought specifically but not limited to are compiled files concerning:  (1) Criminal Case Bonding Information;  (2) Commercial Bond Certification;  (3) Noted Criminal Case Bonding and/or the Bond(s) which secured the financing and/or the pledge for the financing of the Criminal Case listed above (Including but not limited to: SF273, SF274, SF275, etc.);  (4) Certified true and correct copies of the Bond(s) and identification number(s);  (5) Certified indication of the amount secured per Bond per each offense charged;  (6) The expiration date and specified interest for the specific length of time of these Bond(s);  (7) Which governmental body and/or whom or what "person(s)", i.e. corporations,

companies, associations, firms, partnerships, societies, joint stock companies, individuals and/or officers: (a) secured the Bond(s), (b) hold the Bond(s); (8) Any and ALL other records and data concerning the Bond(s) not otherwise exempt by 5 U.S.C. § 552 (a)(6)(C), (b)(7), 5 U.S.C. § 552a (j)(2), (k)(2) or law Public Citizen v. Department of Justice (1989), 491 U.S. 490, 105 L. Ed 2d 377, 109 S. Ct. 2552; Department of Justice v. Reporters Comm. (1989), 489 U.S. 749, 103 L. Ed 2d 774, 109 S. Ct. 1448; Detroit Free Press v. Department of Justice, 73 F. 3d 93 (1998); F.B.I. v. Abramson, 465 U.S. 615, 72 L. Ed 2d 376, 102 S. Ct. 2054 (1982), includign exemption - U.S.C. § 552 (b)(3).

If the information, records and/or data requested are placed, filed, secured and/or held in a separate, different and/or distinct file by or under another name, number or identifier other than the case docket number and/or identification(s) listed above, I authorize and request your Department and/or Agency to open and/or access that file for all the information, records and/or data requested herein.

It is further requested that your Department and/or Agency in response to all the information requested, specifically inform me if and what government body and/or to whom and/or what "person" previously described, has been released and/or disclosed any of the information and/or material requested herein, their name, title, purpose and need for such information and/or material, the date of release, and the specific information and/or material released and/or disclosed, such information and/or material and the specific reference to authority, statute or regulation governing such release and/or disclosure 5 U.S.C. § 552a (b)(1)---(12), (c)(1)---(4), or law, Abraham v. Rose, P.L.C. v. United States, 138 F. 3d 1075 (1998); Ray v. Department of Justice, 720 F. 2d (1983).

Your Department and/or Agency is advised that the Bonding and/or Bond(s) information, data or reports in total are no longer accorded exempt status unless specific exemptions noted, and only with reference to specific citation of authority, Nemetz v. Department of the Treasury, 446 F. Supp 102 (1987); Akins v. Federal Election Commission, 101 F. 3d 731 (1996); Gummoc v. Gore, 180 F. 3d 282 (1999); Solar Sources Inc. v. United States, 142 F. 3d 1033 (1998).

I agree to pay any reasonable costs or fees applicable to this request, above and/or beyond the specified allotment of costs or fees applicable at no charge pursuant to The Uniform Practices Code, The OMB Uniform FOIA Fee Schedule and Guidelines § 6 (b) Fed. Reg. 10017, in compliance with 31 U.S.C. § 9701, or if I, am considered indigent, I ask that your Department and/or Agency waive all charges pursuant to 5 U.S.C. § 552a (i)(3) et seq.

Pursuant to 5 U.S.C. § 552 (a)(6)(A)(i), it is noted that your Department

and/or Agency has ten (10) days following receipt of this request to provide me this information and/or material sought. Should any delay occur, it is requested that your Department and/or Agency inform me of this delay as provided by 5 U.S.C. § 552 (a)(6)(B), and the date when your Department and/or Agency will be able to act. In the event that I do not receive the response in the specified time provided by statute, I will then be forced to pursue other remedy. PUBLIC CITIZEN v F.T.C., 869 F. 2d 1541 (1989); BLAZY v TENET, 194 F. 3d 90 (1999); GMRI Inc v E.E.O.C., 149 F. 3d 449 (1998).

I certify under penalty of perjury under the laws of the United States of America in the nature of [28 U.S.C. § 1746 (10], that I have read the foregoing request for information and know the contents thereof, and that the information listed above is tru, correct and complete.

Executed this 13TH day of June A.D. 2007.

Requester: Brock Jon Purviance (c)
Authorized Representative
WITHOUT PREJUDICE UCC 1-207