June 14, 2007

DIRECT RESPONSE TO:

Brock Jon Purviance (c) [34230-013]
c/o FCI - Big Spring
1900 Simler Ave.
Big Spring, Texas [79720]

TO:

Michael D. Hall or
Clerk of the Court
222 W. Seventh Ave. #4, Room 239
Anchorage, Alaska [99513-7564]



SIR:

    Please have your accountant prepare and file Federal Tax Form 1099 OID (Original issue Discount) to cover the eligible issue(s) in this case Number: 3:06-CR-0040-JWS dated January 3, 2007.

The eligible issue(s) in this matter are:

1. APPEARANCE BOND in the amount of $

2. Any other BONDS(S) subsequent to the True Bill Indictment.

3. Any other BONDS relative to the above case, inclusive but not limited to Miller Act Penal Bonds (OMB 9000 0045, etc.)

    Please provide me with a copy of this 1099 OID form, as well as the forensic accounting, corresponding to FinCEN Form 101, "Suspicious Activity Report." The tax in question is the Original Issue Discount.

    The filing of the 1099 OID is not mandatory on my part, but upon request by me becomes mandatory upon you, and not complied with, constitutes a "willful failure to file for income tax."

    The filing of the 1099 OID is to enable the tax charge to return to the source for settlement and closing of escrow in exchange, Treasury Direct, SS # 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.

OID(1)-030519766561BJP        Page 1 of 2        SP: Brock Jon Purviance (c)

After filing, please return to my possession all the corresponding property that belongs to me.

Respectfully,

Brock Jon Purviance (c)

Authorized Representative
Without Prejudice UCC 1-207



MIDLAND / ODES[SA]
TX 797 2
15 JUN 2007

Brock Purviance (c) [34230-013]
c/o FCI - Big Spring
1900 Simler Ave.
Big Spring, Texas [79720]

Michael D. Hall or
Clerk of the Court
222 W. Seventh Ave. #4, Room 239
Anchorage, Alaska [99513-7564]

99518+3017