BROCK JON PURVIANCE (c)
34230-013, SS-S1-33U
FCI - Big Spring
1900 Simler Ave.
Big Spring, Texas 79720

RECEIVED
JUN 1 9 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**COVER   LETTER**

TO:

Michael D. Hall or
Clerk of the Court
222 W. Seventh Avenue #4, Room 239
Anchorage, Alaska 99513-7564

Michael D. Hall or Clerk of the Court,

 Enclosed and attached herewith is the corrected and ammended Letter and Request for the information, materials and documents SPECIFICALLY needed under the Freedom of Information Act 5 U.S.C. § 552 and the Privacy Act 5 U.S.C. § 552a (d)(1), as per your response to my first and initial Letter and Request.

 I have included the Case Number and the specific District Court out of which said case arose for your reference and as per your request.

 Additionally, I have indicated SPECIFICALLY what information I need, which is the various BOND information, materials and documents under my Case/Docket Number and Name-   For further reference, my Social Security No. is:   Redacted

 This should be sufficient to comply with the corrections and ammendments to said Letter and Request that you designated.  (See Attachment "B")

 Therefore, I expect and hope to hear from you promptly with the information, materials and documents requested as provided for by law.

Thank you.

Respectfully,

[signature]

BROCK JON PURVIANCE (c)

SIMPLY PUT, I AM REQUESTING THE BOND INFORMATION REGARDING CASE NO. 3:06-CR-0040-JWS FROM THE DISTRICT OF ALASKA. THANK YOU.

Brock Purviance 34230-013
Federal Correctional Institution
700 Simler Ave.
Big Spring, Texas [79720]

MIDLAND/ODESSA
TX 797 2L
14 JUN 2007 PM

NON-D

POSTAGE DUE

Michael D. Hall
Clerk of the Court
District Court of Alaska
222 W. Seventh Ave. #4, Room 23(
Anchorage, Alaska
[99513-7564]

99513+7567-99 C001