Brock Purviance, In pro per
c/o Federal Correctional Institution
Register Number [34230-013]
1900 Simler Avenue, S-1
Big Spring, Texas [79720]

In pro persona for Plaintiff



RECEIVED
JUL 1 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| BROCK PURVIANCE, | Case Number: |
| Plaintiff/Petitioner | MOTION TO COMPEL TO COMPLY WITH F.O.I.A. |
| versus | |
| FEDERAL BUREAU OF INVESTIGATION | Judge:<br>Date:<br>Time: |
| Defendant/Respondent | |

COMES NOW the Plaintiff/Petitioner, BROCK PURVIANCE (hereinafter "Petitioner"), appearing pro se, before this Honorable District Court to present this MOTION TO COMPEL TO COMPLY WITH THE FREEDOM OF INFORMATION ACT (5 U.S.C. § 552) and the PRIVACY ACT (5 U.S.C. § 552a (d)(1)) the above and herein named Defendant/Respondent, the FEDERAL BUREAU OF INVESTIGATION (hereinafter "Respondent").

In support of this said Motion, Petitioner submits to this Honorable District Court the following facts (supported by AFFIDAVIT) and exhibit as outlined herein and attached hereto.

1. Petitioner did prepare a two (2) page Letter and Request for specific information, materials, and documents needed to be sent to Petitioner on the 6th of June, TWO THOUSAND SEVEN A.D. (See: Exhibit "A").

2. Said Letter and Request clearly outlines, details, and describes all materials, information, and documents sought and needed. (See: Exhibit "A").

3. Petitioner appeared before a Notary Public in and for the State of Texas, County of Howard, to have said Letter/Request notarized on the 6th of June, TWO THOUSAND SEVEN A.D., to make same a matter of public record. (See: Exhibit "A").

4. Petitioner did attach to said Letter and Request additional supporting document, a Certificate of Identity (See: Exhibit "B").

5. Petitioner did place the Notarized Letter/Request and Certificate of Identity in an envelope, and with the correct postage affixed and properly addressed to Respondent did send same by United States Postal Service on the 6th of June, TWO THOUSAND SEVEN A.D.

6. Petitioner did personally place said mail in mailbox for outgoing mail on the first floor of the "Sunset" housing building at FCI - Big Spring on the 6th of June, TWO THOUSAND SEVEN A.D.

7. Petitioner did wait for the requested information, materials, and documents to be received from Respondent or a reply from same as to when said materials might be received.

8. Respondent, according to F.O.I.A. Statute had ten (10) working days (excepting Saturdays, Sundays, and Holidays) to respond to Petitioner if there was to be any delay in supplying the requested materials, information, and documents, and indicating when said materials, information, and documents would be supplied, and the reason for any delay, etc.

9. Respondent did not comply with this F.O.I.A. Statute/Rule -

said ten (10) working days ending on the 20th of June, TWO THOUSAND SEVEN A.D. - Petitioner heard nothing from Respondent during this period of time. 5 U.S.C. § 552 (a)(6)(B)

10. According to F.O.I.A. Statute, Respondent had twenty (20) working days (excluding Saturdays, Sundays, and Holidays) to comply with the Request for information under F.O.I.A. made by Petitioner.

11. Respondent did not comply with this F.O.I.A. Statute as said twenty (20) working days expired on the 5th of July, TWO THOUSAND SEVEN A.D. 5 U.S.C. § 552 (a)(6)(A)(i)

12. Respondent made no effort to provide the requested materials, information, and documents, nor any effort to notify Petitioner, clearly verified by the total lack of response to Petitioner in this matter.

13. None of the information sought and requested by Petitioner is exempt nor accorded exempt status. Nemetz v Department of the Treasury, 446 F.Supp 102 (1987); Akins v Federal Election Commission, 101 F.3d 731 (1996); Gummoc v Gore, 180 F.3d 282 (1999); Solar Sources, Inc. v United States, 142 F.3d 1033 (1998).

14. Petitioner has therefore exhausted his administrative remedy in this matter and thus turns to this Honorable District Court and files this MOTION TO COMPEL TO COMPLY WITH F.O.I.A., as is the required action in this process.

THEREFORE, Respondent is in default and dishonor before and with Petitioner, having failed to comply with clear F.O.I.A. guidelines.

WHEREFORE, Petitioner respectfully requests this Honorable District

Court to grant this Motion and issue an order to Respondent compelling them to comply with the F.O.I.A. and provide the requested materials, information, and documents immediately.

Dated this 6TH day of July, A.D. TWO THOUSAND SEVEN.

_____
Brock Purviance
Plaintiff/Petitioner

STATE OF TEXAS      )
                    )
                    )   SS    **JURAT**
COUNTY OF HOWARD    )
                    )

On the 6th day of July, A.D. 2007, before me, the above Asseverant (personally known to me, or) proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature/autograph on the instrument, the person or entity upon behalf of which the person acted, signed under oath or asseveration, and accepts the truth thereof.

_____
Notary Public



CARLETTA M. MCKINNEY
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
APRIL 14, 2008

Brock Purviance (c) [34230-013]
Federal Correctional Institution
1900 Simler Avenue
Big Spring, Texas [79720]

U.S. District Court of Alaska
ATTN: Clerk of the Court
222 W. Seventh Avenue #4, Room 239
Anchorage, Alaska [99513-7564]

9951347500-99 C001



MIDLAND TX 797
6 JUL 2007
pm



NON-DOMESTIC