AGENCY: / DEPARTMENT:

**FEDERAL BUREAU OF INVESTIGATION**

TO:
John Eckstein, c/o FBI
222 W. 7th Avenue, Suite 241
Anchorage, Alaska [99513-7598]

DIRECT RESPONSE TO:

BROCK JON PURVIANCE (c) [34230013]
FCI - Big Spring
1900 Simler Avenue
Big Spring, Texas [79720]

IDENTIFICATION OF REQUESTER:
In accordance with 28 CFR § 1641 (d)

RE: statements made to FBI by Jennifer Marie Huseman and Jessica Schafers (sp?) (SCHAEFERS)
in relation to US v Brock Purviance (Case number 3:06-cr-0040-JWS)

Dear Mr. Eckstein:

This request is made pursuant to the provision of the Freedom of Information Act 5 U.S.C. § 552 and the Privacy Act 5 U.S.C. § 552a (d)(1) for full disclosure and release of all statements made by Jennifer Marie Huseman and Jessica Schafers (sp?) in relation to the above mentioned case.

Your Department and/or Agency is advised that the information requested is no longer exempt status unless specific exemptions noted, and only with reference to specific citation of authority, Nemetz v Department of Treasury, 446 F. Supp 102 (1987); Akins v Federal Election Commission, 101 F.3d 731 (1996); Gummoc v Gore, 180 F.3d 282 (1999); Solar Sources Inc. v United States, 142 F.3d 1033 (1998).

I agree to pay any reasonable costs or fees applicable to this request, above and/or beyond the specified allotment of costs or fees applicable at no charge pursuant to The Uniform Practice Codes, The OMB Uniform FOIA Fee Schedule and Guidelines § 6 (b) Fed. Reg. 10017, in compliance with 31 U.S.C. § 9701, or if I am considered indigent, I ask that your Department and/or Agency waive all charges pursuant to 5 U.S.C. § 552 (i)(3) et seq.

Pursuant to 5 U.S.C. § 552 (a)(6)(A)(i), it is noted that your Department and/or Agency has ten (10) working days following receipt of this request to provide me this information and/or materials sought. Should any delay occur, it is requested that your Department and/or Agency inform me of this delay as provided by 5 U.S.C. § 552 (a)(6)(B), and the date when your Department and/or Agency will be able to act. In the event I do not receive the response in the specified time provided by statue, I will then be forced to pursue other remedy. Public Citizen v R.T.C., 896 F2.d 1541 (1989); Blazy v Tenet, 194 F.3d 90 (1999); GMRI Inc. v E.E.O.C., 149 F.3d 449 (1998).

I certify under penalty of perjury under the laws of The United States of America in the nature of 28 U.S.C. § 1746 (1) that I have read the foregoing request for information and know the contents thereof, and that the information listed above is true, correct, and complete.

Executed this 6TH day of June, A.D. 2007.

_____
Requester: Brock Jon Purviance (c)
Authorized Representative

### ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN before me this 6TH day of June A.D. 2007, a Notary Public, that Brock Jon Purviance (c) personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_____
Notary Public

My Commission expires: 4-14-2008.



CARLETTA M. MCKINNEY
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
APRIL 14, 2008