AFFIDAVIT OF TRUTH
In Support Of
MOTION TO COMPEL TO COMPLY WITH F.O.I.A.

I, Brock Purviance, being first duly sworn, depose and declare by my signature/autograph that the following facts are true to the best of my knowledge and belief.

I, Brock Purviance, am expressing truth by this Verified Declaration in the Nature of an AFFIDAVIT OF TRUTH In Support Of MOTION TO COMPEL TO COMPLY WITH F.O.I.A. No. AFFT-MCCF030519766561BJP, presented by me, to wit:

1. I prepared a letter to the Federal Bureau of Investigation (to the attention of SA John Eckstein), requesting various specific documents and information clearly outlined and detailed therein;

2. THAT on the 6th day of June in the Year TWO THOUSAND SEVEN A.D., I did appear before a Notary Public in and for the STATE OF TEXAS, COUNTY OF HOWARD, who did duly notarize the Letter and Request that I had prepared (mentioned in part 1. above);

3. THAT on the 6th day of June in the Year TWO THOUSAND SEVEN A.D., I did place said Letter and Request (mentioned in part 1. above) in a sealed envelope, properly addressed, and with postage affixed and I personally placed said Letter and Request in mailbox for outgoing mail on the first floor of the "Sunset" housing building at FCI - Big Spring on the 6th of June, TWO THOUSAND SEVEN A.D.;

4. THAT on the **20th day of** June in the Year TWO THOUSAND SEVEN A.D., that 10 (ten) working days (excluding Saturdays, Sundays and Holidays) have elapsed without a single response from said FEDERAL BUREAU OF INVESTIGATION;

5. THAT on the 5th day of July in the Year TWO THOUSAND SEVEN A.D., that 20 (twenty) working days (excluding Saturdays, Sundays, and Holidays) have elapsed without a single response from said FEDERAL BUREAU OF INVESTIGATION;

6. THAT I have exhausted Administrative Remedy in this matter, and in accordance with correct F.O.I.A. Statutes and Rules have filed with the District Court of Alaska the attached MOTION TO COMPEL TO COMPLY WITH F.O.I.A.

Further Affiant Sayth Not.

Executed this 6th day of July, A.D. 2007.

_____
Affiant: Brock Jon Purviance

## ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN before me this ____ day of ____, A.D. 2007, a Notary Public, that Brock Purviance, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_____
Notary Public

My commission expires:



CARLETTA M. MCKINNEY
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
APRIL 14, 2008