# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  BROCK PURVIANCE  </u>

THE HONORABLE JOHN W. SEDWICK

<small>DEPUTY CLERK</small>                                    CASE NO. <u>  3:06-cr-00040-JWS  </u>

<u>  Pam Richter  </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: August 15, 2007

On June 11, 2007, after his conviction and judgment in this case, Brock Purviance made a motion for the return of his property, allegedly confiscated by the Government before trial.[1]  The United States responded to the motion, stating that Mr. Purviance's former attorney has agreed to accept property which rightfully belongs to Mr. Purviance, and arrange for the return of that property to Mr. Purviance's family.

The Government is ordered to give the Court a status report as to the return of any property through Ms. Tatter, referred to in docket numbers 44 and 49, on or before **August 31, 2007.**

Mr. Purviance has also made several other motions, at docket numbers 46, 47, 48, and 50 (with an affidavit in support at docket number 51), but all are directed to non-parties to this action. Therefore, those motions must be DENIED.

IT IS SO ORDERED.

---

[1]   *See* Docket No. 44.

[purviance prop return.wpd]{IA.WPD*Rev.12/96}