# Upgrade Solution

www.upgrade-solution.com
2060 S EUCLID ST #E, ANAHEIM, CA 92802.
Bus: (714) 636-5791. Return Dept: (714) 636-5106
(RMA Info is also available www.upgrade-solution.com/rma.cfm)
Mon - Fri: 10 AM to 6:00 PM (Pacific time)

*Thank you for your order. Please keep this page for your records.*

### INVOICE

Order Number: K1190588                            Date: 09/28/2005 Time: 10:19:16AM

| Product Description | Unit Price | QTY | Total |
|---|---|---|---|
| Original Western Digital Mode: WD800JD, 7200 RPM, 8MB, SATA-150 (SPECIAL PROMOTION) | $49.00 | 1 | $49.00 |
| (9163) | | Sub Total 1: | $49.00 |
| | | Tax:(California Only) | $0.00 |
| | | Sub Total 2: | $49.00 |
| Shipping: (For Hard Drive - Ground Shipping(6 to 8 Day Delivery, Not Recommend for Home Address )) | | | $4.79 |
| | | Total: | $53.79 |

PAID: 09/28/2005 TRAN ID: 918109311

**Billing & Shipping Information**

Billed To:                                           Shipped To:

Brock Purviance                                      Brock Purviance
5923 Pierce St. #204                                 5275 Marshall St. #205
Arvada, CO 80003                                     Arvada, CO 80002
303-907-5778                                         303-907-5778
schporrk@hotmail.com

| Payment Information | |
|---|---|
| **Credit Card Payment:** | **Other Payment Type:** |
| Payment Method: Visa | Payment Type: |
| Credit Card Number: 4431************ | Additional Info: |
| Expiration Date: 06/2008 | CC Phone: 8005006328 |

| Upgrade Solution's Warranty |
|---|

- Life time warranty on all memory.
- 60 days warranty on Intel CPU.
- 30 days warranty on AMD CPU.
- 60 days warranty on Hard Drives.
- 30 days warranty on Other Parts.
- Shipping charges are not refundable
- Absolutely no return or credit after 7 days receipt of material.
- No return or exchange without invoice.
- RMA Products need to be sent with tracking number on the package.
- 15% restocking charge for all returning none damage working item In 7 Days
- Upgrade Solution is not responsible for consequential damages, including loss or recovery of data in any Hard Drive.