# MISSION FEDERAL CREDIT UNION
Live Smart. Bank Smart.

P.O. Box 919023 San Diego, CA 92191-9023

**ACCOUNT STATEMENT**

800.500.MFCU(6328) www.missionfcu.org
MissionLine 800.640.LINE(5463)
Visa After-Hours Lost/Stolen 800.556.LOST(5678)

MEMBER NUMBER 19007361
STATEMENT PERIOD
FROM 12/01/05
TO 12/31/05
PAGE 1

0001525-0003707
#BWNKKSD
[redacted]
ARVADA CO 80005

## Messages

Our Money Market Accounts combine high earnings with liquidity and security. Earn dividends on balances of $2,500 or more. Make a Money Market Account part of your investment strategy. Talk to us today. View current rates at www.missionfcu.org

## Account Summary

| Share Account ID | Dividends Year To Date | 12/31/05 Ending Balance |
|---|---|---|
| 01-SAVINGS | $0.00 | $0.24 |
| 09-MISSION CHECKING 3454 VCC | $0.00 | $4,520.18 |
| **DIVIDENDS YEAR TO DATE ALL SHARES:** | $0.00 | |
| **TOTAL DIVIDENDS FOR PREVIOUS YEAR:** | $1.69 | |
| **Total Shares** | | **$4,520.42** |

| Loan Account ID | Credit Limit | Available Credit | Interest Year To Date | 12/31/05 Ending Balance |
|---|---|---|---|---|
| 50-2002 ACURA TL | | | $1,226.75 | $21,584.49 |
| **Total Loans** | | | | **$21,584.49** |

## Share 01-SAVINGS

| Post Date | Eff. Date | Description | Credits/Deposits | Debits/Withdrawals | Balance |
|---|---|---|---|---|---|
| 12/01 | | Previous Balance | | | $0.24 |
| 12/31 | | Ending Balance | | | $0.24 |

| 12/01/05 Balance | Credits | Debits | 12/31/05 Balance |
|---|---|---|---|
| $0.24 | $0.00 | $0.00 | $0.24 |

**Dividends Year to Date:** $0.00

## Share 09-MISSION CHECKING 3454 VCC

| Post Date | Eff. Date | Description | Credits/Deposits | Debits/Withdrawals | Balance |
|---|---|---|---|---|---|
| 12/01 | | Previous Balance | | | $2,676.02 |
| 12/01 | | Adjustment Withdrawal | | $640.60 | $3,316.62 |
| 12/01 | | MONARCH COMPUTER SYSTE TUCKER GA | | | |
| 12/01 | | Date 11/29/05 7438894AEB20EXGWH 5045 | | | |
| 12/01 | | Adjustment Withdrawal | | $588.60 | $3,905.22 |
| 12/01 | | MONARCH COMPUTER SYSTE TUCKER GA | | | |
| 12/01 | | Date 11/29/05 7438894AEB20EXGYS 5045 | | | |
| 12/05 | 12/04 | Adjustment Withdrawal | | $632.00 | $4,537.22 |
| 12/05 | 12/04 | ZIPZOOMFLY COM 510-739-1890 CA | | | |

Continued on next page

SCANNED