UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 305B-AN-14327   Brock Purviance

On (date) 7/18/07

item(s) listed below were:
☐ Received From
☐ Returned To
☑ Released To
☐ Seized

(Name) Sharon Gibbons
(Street Address) 601 West 5th Ave Suite 800
(City) Anchorage, AK 99501

Description of Item(s): (1) Dress, (1) pair of pants, misc. documents including letters, photos, 6 notebooks and other loose papers, misc. documents and receipts, bank statements, postal receipts, phone records, letters and other misc. papers.

Received By: _____ (Signature)   Received From: _____ (Signature)