AFFIDAVIT OF TRUTH
In Support Of
MOTION FOR RETURN OF PROPERTY

I, Brock Purviance, depose and declare by my signature that the following facts are true to the best of my knowledge and belief:

1. The computer seized from Denver School of Music on March 21, 2006 (and all of its components, including the hard drive(s)) is and has been my property at all points of time subsequent to the purchase of the individual components that comprise it.

2. I never identified the seized computer (or any of its components) as property of Denver School of Music.

3. Robert Fulton was not present during said seizure.

4. Said computer (and all of its components) was not a component of my buyout agreement with Robert Fulton for Denver School of Music; nor was it a part of any other transaction subsequent to the purchase of the individual components that comprise it.

5. I am the only person who knows the password to logon to said computer.

6. I am the only person who has ever used said computer.

7. The seized hard drive contains music (in multitrack format) that I worked on over a timeline spanning roughly six years. It included several complete CDs of my own music, complete songs not included on any of my CDs, scores I did for films, music files used as accompaniment material for guitar method books I wrote, music files that were used in my recording classes, and many works in progress.

8. I do not have the aforementioned data (detailed in item 7.) backed up anywhere; therefore, it is impossible for me to reproduce.

I declare under penalty of perjury under the laws of the United States of America and pursuant to Title 28 U.S.C. Section 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 16th day of August 2007 A.D.

_____
Brock Purviance

### ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN before me this _____ day of _____ A.D. 2007, a Notary Public, that Brock Purviance personally appeared and known to me to be the man on whose name subscribed to the within instrument and acknowledged to be the same.

_____
Notary Public



CARLETTA M. MCKINNEY
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
APRIL 14, 2008