AFFIDAVIT OF TRUTH
In Support Of
MOTION FOR RETURN OF PROPERTY

I, Robert Fulton, depose and declare by my signature/autograph that the following facts are true to the best of my knowledge and belief:

1. I was not present when the FBI executed the search and seizure warrant at Denver School of Music on March 21, 2006.

2. I never identified the computer that was seized from Denver School of Music as property of Denver School of Music.

3. At no point have I ever known the computer that was seized from Denver School of Music as being property of anyone other than Brock Purviance.

4. When the FBI returned the seized computer (minus hard drive) on March 22, 2006, I was asked to log in to make sure the computer was okay. I was unable to do so as I didn't know (nor have I ever known) the password.

5. Brock Purviance was the only person I ever saw using and knew to use the computer seized from Denver School of Music on March 21, 2006.

I declare under penalty of perjury under the laws of the United States of America and pursuant to Title 28 U.S.C. Section 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Executed this _____ day of 8-13-0 , 2007.

_____
Robert Fulton

Notary Seal:

SONNY DELGADILLO
Notary Public
State of Colorado

EX - 02/01/2010