NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-040-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S STATUS |
| vs. | ) | REPORT ON THE RETURN OF |
| | ) | PROPERTY, AS ORDERED BY |
| BROCK JON PURVIANCE, | ) | THE COURT AT DOCKET 52 |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States by Assistant United States Attorney Audrey J. Renschen, hereby responds to Court's order at Docket 52, to provide a status report as to the return of any Purviance property through his attorney, Sue Ellen Tatter.

The information gathered below was provided by the case agent, FBI Special Agent (SA) John Eckstein.  SA Eckstein has reported that all of Purviance's

evidence held at the FBI Anchorage office has been returned to Ms. Tatter's office. Ms. Tatter was unavailable when SA Eckstein brought the materials to the Federal Defender's office on July 18, 2007, so her secretary Sharon Gibbons signed for their receipt.

That signed receipt for Purviance's returned property is attached to this status report.

RESPECTFULLY SUBMITTED THIS 29th day of August, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Audrey J. Renschen
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: audrey.reschen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2007,
a copy of the foregoing was sent electronically served on:
Sue Ellen Tatter, Federal Defender
and mailed to:
Brock Purviance,
c/o FCI Big Spring
Register Number 34230-013
1900 Simler Avenue, SS-1
Big Spring, Texas 79720

s/ Audrey Renschen