## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _305B-AN - 14327_

On (date) _7/18/07_

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☐ Seized

(Name) _Sharon Gibbens_

(Street Address) _1001 West 5th Ave Suite 800_

(City) _Anchorage, AK 99501_

Description of Item(s): _(1) Dress; (1) pair of panties; misc. documents including letters, photos, a notebook and other loose papers; misc. documents and receipts, bank statements, postal receipts, phone invoices, letters and other misc. papers._

Received By: _[Signature]_
(Signature)

Received From: _[Signature]_
(Signature)

TOTAL P.02