RECEIVED
SEP 27 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

DIRECT RESPONSE TO:
Brock Purviance [34230-013]
c/o FCI - Big Spring
1900 Simler Avenue, S-1
Big Spring, Texas [79720]

September 24, 2007

Clerk of the Court:

    I am requesting a transcript of my sentence hearing (in relation to US v Brock Purviance, Case Number 3:06-cr-0040-JWS, held on January 3, 2007). The data therein is needed for an appeal. I am currently indigent and cannot afford to pay for the requested transcript (see enclosed financial statement), and therefore ask that this Court pay for it if applicable.

    Thank you.

                                        Sincerely,

                                        Brock Purviance

ENCLOSURE



Brock Purvionce Ellison
C/o Federal Correctional Institution
1900 Simler Avenue S-1
Big Spring, Texas [79720]

MIDLAND/ODESSA
TX 797 2 T
25 SEP 2007 PM

U.S. District Court, District of Alaska
ATTN: Clerk of the Court
222 W. Seventh Avenue, #4, Room 239
Anchorage, Alaska [99513-7564]