DIRECT RESPONSE TO:
Brock Purviance [34230-013]
c/o FCI Big Spring
1900 Simler Avenue, S-1
Big Spring, Texas [79720]

October 1, 2007

Clerk of the Court:

    I am requesting a transcript of my sentence hearing (in relation to US v Brock Purviance, Case Number 3:06-cr-0040-JWS, held on January 3, 2007). The data therein is needed for my upcoming Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence of a Person in Federal Custody. I am currently indigent and cannot afford to pay for the requested transcript (see enclosed financial statement), and therefore ask that this Court pay for it if applicable.
    Thank you.

Sincerely,

Brock Purviance

ENCLOSURE

RECEIVED
OCT 0 4 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Brock Purviance [34230-013]
c/o Federal Correctional Institution
1900 Simler Avenue
Big Spring, Texas 79720

MIDLAND / ODESSA
TX 797
03 OCT 2007 PM

United States District Court
District of Alaska
ATTN: Clerk of the Court
Federal Building / U.S. Courthouse
222 W. 7th Avenue #4
Anchorage, Alaska 99513-7564