Case 3:06-cr-00040-JWS-JDR   Document 61-2   Filed 10/04/2007   Page 1 of 1
Case 3:06-cr-00040-JWS   Document 59-2   Filed 09/27/2007   Page 1 of 1
Page 1 of 2

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 34230013 | Current Institution: | Big Spring FCI |
| Inmate Name: | PURVIANCE, BROCK | Housing Unit: | BIG-S-A |
| Report Date: | 09/24/2007 | Living Quarters: | S01-030U |
| Report Time: | 12:08:44 PM | | |

General Information    Account Balances    Commissary History    Commissary Restrictions    Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1771 |
| PAC #: | 046536327 |
| FRP Participation Status: | Participating |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 6/2/2006 |
| Local Account Activation Date: | 4/5/2007 3:23:28 AM |
| Sort Codes: | |
| Last Account Update: | 9/11/2007 11:58:09 AM |
| Account Status: | Active |
| Phone Balance: | $0.66 |

## FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $7.32 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $7.32 |
| National 6 Months Deposits: | $342.39 |
| National 6 Months Withdrawals: | $366.75 |
| National 6 Months Avg Daily Balance: | $13.29 |
| Local Max. Balance - Prev. 30 Days: | $17.92 |
| Average Balance - Prev. 30 Days: | $6.76 |