Brock Purviance, In pro per
c/o Federal Correctional Institution
Register Number 34230-013
1900 Simler Avenue, S-1
Big Spring, Texas 79720

In propria persona for Defendant-Petitioner

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| BROCK PURVIANCE, <br>     Defendant-Petitioner, <br><br> versus <br><br> UNITED STATES OF AMERICA <br>     Plaintiff | Case Number: 3:06-cr-0040-JWS <br><br> **MOTION TO COMPEL RELEASE OF REQUESTED DOCUMENTS** |

NOW COMES, the Defendant-Petitioner, BROCK PURVIANCE (hereinafter "Petitioner"), in propria persona, to ask this Court to compel Petitioner's counsel, Sue Ellen Tatter (hereinafter "Counsel"), to release the following documents as they are necessary for the preparation of Petitioner's upcoming motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence of a person in federal custody:

1. All e-mails between Petitioner and JH between May 2004 and September 2004.
2. All of Petitioner's Verizon phone bills
3. All photos from Petitioner's 2004 trip to Alaska
4. Petitioner's presentence report

Petitioner has requested these items several times from Counsel (see Attachment), yet Counsel has repeatedly failed to comply with said request.

    **WHEREFORE**, Petitioner requests this Court to compel Counsel to release the above documents to Petitioner immediately.

Respectfully submitted,

*/s/ Brock Purviance*
Brock Purviance
    c/o Federal Correctional Institution
    Register Number 34230-013
    1900 Simler Avenue, S-1
    Big Spring, Texas 79720

DIRECT RESPONSE TO:
Brock Purviance [34230-013]
c/o FCI Big Spring
1900 Simler Avenue, S-1
Big Spring, Texas 79720

October 16, 2007

Ms. Totter:

Thank you for your reply. I will be submitting a complete petition (as opposed to the "bare bones" petition you recommended I file); as the petition will be submitted pro se. I, for the third time, ask that you release the following items to me as they are necessary for the preparation of my petition:

1. all e-mails between Jenn and me from May 2004 through September 2004
2. all of my Verizon phone bills
3. all photos from my 2004 trip to Alaska

Upon assignment of counsel, I will request that you release my case file; the aforementioned documents, however, I need released to me immediately. Your prompt attention to this matter is appreciated.

Sincerely,

Brock Purviance



LEGAL MAIL

93301432653

U.S. District Court, District of Alaska
ATTN: Clerk of the Court
222 W. Seventh Avenue, #4, Room 229
Anchorage, Alaska [99513-7564]