Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BROCK JON PURVIANCE,<br><br>Defendant. | NO. 3:06-cr-0040-JWS<br><br>**RESPONSE REGARDING REQUEST FOR DOCUMENTS** |

Brock Purviance, a client of the undersigned, pled guilty and was sentenced in accordance with a plea agreement.  At present, he has no appeal pending.  However, he informs counsel that he plans to file a motion pursuant to 28 U.S.C. § 2255 based on ineffective assistance of counsel.  He has requested four types of documents from counsel.

1. Presentence Report.  This office sent the final PSR to Mr. Purviance on November 30, 2007.

2. Verizon phone records.  There are approximately 40 pages of discovery regarding Mr. Purviance's Verizon account.  The prosecution may have received this material in response to a grand jury subpoena.  The material consists almost solely of telephone numbers in Colorado and Alaska called by a particular phone.  Many of the numbers are blacked out, presumably by the prosecutor or grand jury.  Counsel has no objection to sending these items to Mr. Purviance, although they do not appear related to a claim of ineffective counsel.

3. <u>Photos</u>.  Counsel once had about 10 pages of color photos copied from the hard drives in this case.  These photos depicted the defendant, the minor, and her friend in various locales in Anchorage, Alaska.  After the sentencing in this case, the larger case file has been trimmed and material has been discarded.  Counsel cannot locate the subfile of color photos.  This file may have been discarded.

It would take the investigator many hours to re-run the hard drives in this case to locate photos.  This search would yield all photos on the hard drives, including photos of friends in Colorado, other people, bands, etc.  This would be a cumbersome job for the investigator, who is preparing now for trials in other cases.  The photos in this case of the minor, her friend, and Mr. Purviance do not appear relevant to an ineffectiveness claim.

4. <u>E-Mails</u>.  Mr. Purviance requests all e-mails between himself and the minor between March and August 2004.  Counsel once had some of the e-mails between June and August 2004, organized chronologically in a file, as part of trial preparation.  However, since Mr. Purviance's sentencing, that file has been discarded.  Counsel still possesses copies of all e-mails from the hard drives in this case.  These files are in PDF format.  The investigator informs counsel that these materials will print out, four to a page, and will exceed 1,000 pages.  The e-mails will not be chronologically organized.  They will not be limited to one recipient.  Counsel does not object to delivering this material if the court agrees.

The defense awaits the direction of the court.  In the event Mr. Purviance files a motion under 28 U.S.C. § 2255 and an attorney is appointed, counsel will disclose all the materials it possesses, including the hard drives, to Mr. Purviance's counsel.

DATED this 5th day of December 2007.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
Alaska Bar No. 7605057
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:       907-646-3480
E-Mail:    sue_ellen_tatter@fd.org

<u>Certification</u>:
I certify that on December 5, 2007,
a copy of the ***Response Regarding
Request for Documents*** was served
electronically on:

Audrey J. Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

<u>s/Sue Ellen Tatter</u>