NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-040-JWS |
| | ) | |
| Plaintiff, | ) | **MOTION FOR** |
| | ) | **RECONSIDERATION OF** |
| vs. | ) | **ORDER TO RELEASE** |
| | ) | **MATERIALS TO DEFENDANT** |
| BROCK JON PURVIANCE, | ) | |
| | ) | |
| Defendant. | ) | FILED ON SHORTENED TIME |
| | ) | |

COMES NOW, the United States of America, by and through undersigned counsel, and hereby moves for reconsideration of the court's order for the defense attorney to provide materials to the defendant that are victim-related.  The government is concerned that the defendant is again focusing on the victim, and perhaps planning on contacting her.

The assigned Assistant U.S. Attorney is currently out of the district attending a training conference. Government's counsel had prepared an opposition to the defendant's discovery request and emailed it to the U.S. Attorney's Office in Anchorage for filing. However, for unknown reasons the email was not received.

The materials requested include the phone numbers for her and her friends (who helped him contact her in the past), pictures of the victim, and the email correspondence between them (victim and her friends), in which he groomed her, enticing her to engage in sexual acts with him. None of those items are relevant or necessary to be turned over directly to the defendant for his alleged reasons, of filing a 2255 petition.

Mr. Purviance can file a 2255 petition without any of that information.

The court needs to reconsider several facts in this case, in which the defendant enticed a child he met in a music chatroom on the Internet when she was 13 or 14 years old, and then traveled from the state of Colorado to Alaska to have sex with her when she was 15 years old. First, the defendant waived his right to appeal or collaterally attack his conviction and sentencing as part of his plea agreement. Second, as noted in his defense attorney's responsive filing, the requested items do not appear to support any viable claim he might make. Third, although the court ordered no contact as a condition of supervised release, those

conditions do not apply to Mr. Purviance during incarceration.  Undersigned counsel has learned that the defendant appears to have access to computers in his correctional facility, and is concerned that he may make attempts to contact the victim and her friends, to try to maintain his obsession with her.

Interestingly, the defendant made a FOIA request to obtain this information, and was denied.  There is no legitimate reason for the defendant to have these items, nor has he explained why they are necessary to filing a 2255 petition.

The court should consider the concerns of the victim and her family, and their needs for security and privacy, not to mention closure in this matter.

For the foregoing reasons, the government requested that the court reconsider its previously issued order.

RESPECTFULLY SUBMITTED THIS 7th day of December, 2007, at Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/ Audrey J. Renschen
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: audrey.reschen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2007,
a copy of the foregoing was sent electronically served on:
Sue Ellen Tatter, Federal Defender
and mailed to:
Brock Purviance,
c/o FCI Big Spring
Register Number 34230-013
1900 Simler Avenue, SS-1
Big Spring, Texas 79720

s/ Audrey Renschen