RECEIVED
DEC 21 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

RE: 3:06-cr-0040-JWS, UPCOMING MOTION UNDER 28 U.S.C. § 2255

12·12·07

Clerk of the Court / Honorable Judge Sedwick:

First off, I apologize for the informality of this letter and presentation, however, I feel it necessary to update this Honorable Court on my current circumstance, given my rapidly approaching deadline to submit a motion under 28 U.S.C. § 2255.

I. Materials Requested from Counsel

Thusfar, of the items requested from Ms. Tatter (see Defendant's Motion at Docket [63]), I have only received the presentence report, which I had a brief opportunity to cursorily review before the mail clerk, Mr. Freshour, disallowed me from receiving it, claiming, per BOP policy, inmates may not possess copies of their PSRs. Based on what I saw, it appeared to be different than the copy in this institution's possession (which I am only allowed to review upon an appointment with my counselor, Mr. Salazar, which usually is not granted until two or more weeks after said request). This presents me with a challenge as a portion of my 2255 addresses erroneous information in my PSR.

-1-

Further, I have not received copies of my phone statements (which, obviously, I need without numbers "blacked out"), the photographs, nor copies of the e-mails between JH and me. Ms. Tatter incorrectly presumes I am only making an ineffective assistance of counsel claim; Ms. Tatter also claims, ~~based~~ based on what, I'm not sure, that said requested materials "do not appear relevant to an ineffectiveness claim". With all due respect, ~~[struck]~~ I disagree with Ms. Tatter's unfounded assessment and reiterate my request for said items.

## II. My Current Circumstance Major

On December 9, 2007, there was a riot at FCI Big Spring; I was victimized and injured as a result of this riot, and subsequently was placed in protective custody in this institution's Special Housing Unit (SHU). As of yet, I have been allowed no access to my personal property, which includes my legal paperwork (my 2255 application, request for the appointment of counsel, financial affidavit, etc.). I have made repeated requests to various staff members (via dialogue and "cop outs") for said property, expressing the fact my deadline to submit my 2255 is rapidly approaching, however I have received no response.

Beyond that, because I am in the SHU, I no longer have access to legal materials that are necessary to complete the research for said 2255. I have no access to a typewriter. And finally, though I am in the SHU for administrative purposes (as opposed to punative purposes), I am now only allowed to place one phone call per 30 days, which is imposing a further hardship on me as my parents are typing my 2255 for me, and much of our dialogue has been telephonic (due to its speed compared to "snail mail").

The compound is still locked down with no known end. Given the circumstance and my injury, however, Lt. Daniels, head of this institution's Special Investigations Services (SIS), told me it is unlikely that I will return to this compound, and that it is likely I will remain in the SHU (without access to needed materials, as detailed above) for up to six months, until I am put in transit and sent to a new institution.

### III. Conclusion

While the majority of my motion under 28 U.S.C. § 2255 has already been completed,

-3-

over →

IT STILL MAY NEED TO BE AMMENDED AND AUGMENTED UPON RECEIPT OF MATERIALS REQUESTED FROM Ms. TATTER, WHICH, EVEN AFTER RECEIPT, MAY TAKE AWHILE GIVEN MY CURRENT LIMITATIONS IN THE SHU AND THIS INSITITUTION'S STAFF'S APPARENT INDIFFERENCE TO MY LEGAL CIRCUMSTANCES AND NEEDS.

I WILL SUBMIT MY 2255 "AS IS" AND DO MY BEST TO GET IT IN BY THE JANUARY 8, 2008 DEADLINE, HOWEVER, SIGNATURES AND NECESSARY SUPPORTING DOCUMENTATION MAY BE MISSING. GIVEN THIS UNFORESEEABLE DIFFICULT CIRCUMSTANCE AND THE FACT I JUST RECEIVED THE TRANSCRIPT OF MY SENTENCING HEARING (ON 12.11.07) AND HAVE YET TO RECEIVE THE MATERIALS REQUESTED FROM Ms. TATTER, I AM RESPECTFULLY REQUESTING AN ADDITIONAL 60 DAYS (WITH THE OPTION TO EXTEND 60 DAYS BEYOND THAT, IF NECESSARY) SO THAT I MAY ADEQUATELY COMPLETE MY MOTION UNDER 28 U.S.C. §2255. I ALSO RESPECTFULLY REQUEST THIS HONORABLE COURT TO COMPEL THIS INSTITUTION TO REINSTATE MY PHONE RIGHTS (300 MINUTES/MONTH) SO I MAY MORE TIMELY COMPLETE AND SUBMIT SAID 2255. YOUR HELP AND CONSIDERATION IS GREATLY APPRECIATED.   SINCERELY,
                                                               BROCK PURVIANCE

—4—

NANCE [34230-013]
- CORRECTIONAL INSTITUTION
ULER AVENUE
JG, TEXAS [79720-7789]

MIDLAND / ODESSA
TX 797
17 DEC 2007 PM 2 T



GAL MAIL

RECEIVED
DEC 2 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

U.S. District Court
District of Alaska
ATTN: Clerk of the Court,
Honorable Judge Sedwick
222 W. 7th Avenue, #4
Anchorage, Alaska [99513-7564]

99513+7804