

RECEIVED
DEC 26 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

RE: CASE NUMBER 3:06-CR-0040-JWS

12.17.07

Clerk of the Court / Honorable Judge Sedwick:

On 12.9.07 there was a major riot at FCI Big Spring, of which I was a victim and injured. Since, I was placed in protective custody in the Special Housing Unit ("SHU"), where I have no access to my property (including my legal paperwork), a legal library, or a typewriter. In fact, it wasn't until today that we were "authorized" to buy stamps. Staff has indicated that I am to remain in the SHU until my injuries fully heal, which could be weeks from now (if not longer).

Daily, since being placed in protective custody, I have explained my rapidly approaching deadline to submit my motion under 28 U.S.C. to this Honorable Court, requesting for staff to find and give me my legal paperwork so that I am able to meet said deadline; thus far they have not indicated that they plan to do so. In fact, it has yet to be confirmed that my property wasn't stolen or discarded.

Last, I realize this information may be redundant as I sent a similar letter on or about December 13, 2007.   (OVER ⟶)

If that is the case I apologize as it is not my intention to waste this Court's valuable time. I sent this merely because I wanted to be certain this Court received this update on my circumstance (as I just received stamps today, and do not trust that the person who took my previous letter stamped and mailed it).

Given this unforeseeable difficult circumstance coupled with the fact that I have yet to receive the documentation compelled from Ms. Tatter (at Docket 63), I am respectfully requesting an additional 60 days from this Honorable Court to submit my 2255 with the option of requesting an additional 60 days beyond the initial 60 days, if necessary. It is not my intention to take longer than necessary; my current circumstance simply does not allow me access to resources needed to complete my 2255. I appreciate your consideration.

Sincerely,

[ILLEGIBLE NAME] [54250-015]
6 FEDERAL CORRECTIONAL [INSTITUTION]
900 SIMLER AVENUE
BIG SPRING, TEXAS [79720-7789]

MIDLAND / ODESSA
TX 797
19 DEC 2007 PM 1 L

HAPPY HOLIDAY

USA 41

RECEIVED
DEC 26 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

U.S. District Court
District of Alaska
ATTN: Clerk of the Court, Honorable Judge Sedwick
222 W. 7th Avenue, #4
Anchorage, Alaska [99513-7564]

99513+7564  C001