12-17-07

Your honor;

My name is William Eakin and I was housed in the same unit where Brock Purviance was housed at Big Springs FCI. I witnessed the attack on his person and feel he was lucky his injuries were not even worse.

I have also read the letter he is sending you and can attest to it's validity and factualness. I personally do not know what more he could do to get his legal material from his property.

To end this let me state that I have been housed in the cell next to him (first night) or the same cell (2nd night on) since 12-9-07

Respectfully

William Eakin

William Eakin
62124-097