| United States District Court | District | District of Alaska | |
|---|---|---|---|
| Name of Movant Brock Jon Purviance | Prisoner No. 34230-013 | | Case No. 3:06-cr-0040-JWS |
| Place of Confinement FCI Big Spring, 1900 Simler Avenue, Big Spring, Texas 79720 | | | |

| UNITED STATES OF AMERICA | V. | BROCK PURVIANCE |
|---|---|---|
| | | (name under which convicted) |

## MOTION

**RECEIVED JAN 1 4 2008**
**CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.**

1. Name and location of court which entered the judgment of conviction under attack
   United States District Court, District of Alaska
   222 W. 7th Avenue, Anchorage, Alaska 99513

2. Date of judgment of conviction   January 3, 2007

3. Length of sentence   71 months

4. Nature of offense involved (all counts)   One count of 18 U.S.C. § 2423(b) (interstate travel with intent to engage in illicit sexual conduct).

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   Not applicable

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☒

9. If you did appeal, answer the following: Not applicable

    (a) Name of court

    (b) Result

    (c) Date of result

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
Yes ☐  No ☐

11. If your answer to 10 was "yes," give the following information: Not applicable

    (a) (1) Name of court

        (2) Nature of proceeding

        (3) Grounds raised

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐  No ☐

        (5) Result

        (6) Date of result

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court

        (2) Name of proceeding

        (3) Grounds raised

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐

(5) Result

(6) Date of result

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
   (1) First petition, etc.     Yes ☐   No ☐
   (2) Second petition, etc.    Yes ☐   No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

   CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
   Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.
   (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
   (b) Conviction obtained by use of coerced confession.

D. Ground four:

Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

    Ineffective assistance of counsel claims are not cognizable on direct appeal when they involve, as here, out-of-court statements between former defense counsel and his client that are in dispute, requiring an evidentiary hearing for credibility determinations and findings of fact. See, Massaro v U.S., 538 U.S. 500, 155 L.Ed.2d 714, 123 S.Ct. 1690 (2003).

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing

    Sue Ellen Tatter (c/o Federal Public Defender's Office)
    601 W. 5th Avenue, Suite 800
    Anchorage, Alaksa 99501

    (b) At arraignment and plea

    Same

    (c) At trial

    Same

    (d) At sentencing

    Same

(6)

(e) On appeal

    Not Applicable

(f) In any post-conviction proceeding

    Not Applicable

(g) On appeal from any adverse ruling in a post-conviction proceeding

    Not Applicable

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐    No ☒

  (a) If so, give name and location of court which imposed sentence to be served in the future:

  (b) Give date and length of the above sentence:

  (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐    No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_1-1-08_____
Date

_____
Signature of Movant

(7)

**BOX and International Use**

From:
Brock Jon Purviance (34230-013)
C/o Federal Correctional Institution
1900 Simler Avenue
Big Spring, Texas 79720

To:
U.S. District Court
District of Alaska
Attn: Clerk of the Court
222 West 7th Avenue, #4
Anchorage, Alaska 99513-7564

Country of Destination: Pays de destination:



United States Postal Service
DELIVERY CONFIRMATION™

0307 1790 0000 6888 3327



CERTIFIED CM
cradletocradle
SILVER

Cradle to Cradle Certification is awarded to products that pursue an innovative vision of ecologically-intelligent design that eliminates the concept of waste. This USPS® packaging has been certified for its material content, recyclability, and manufacturing characteristics.

Please recycle.