December 20, 2007

Clerk of the Court:

3:06-cr-00040-JWS

RECEIVED
JAN 1 4 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

  I was a victim in a major riot at FCI Big Spring on December 9, 2007, and have since been placed in "protective custody", where I have no access to my property (including the application form for my motion under 28 U.S.C. § 2255, my financial affidavit, my request for appointment of counsel, and supporting affidavits. Repeatedly, H have explained my impending deadline to FCI Big Spring Administration, however, they have hailed to provide me with said property, nonetheless respond to my requests. I am submitting what I have in earnest hope this Honorable Court acknowledges my difficult circumstance and grants me a 60 day time extension to make a complete submission (as requested in previous letters to this Court); if such an extension is not granted, I will submit the remaining documentation as soon as I have possession of it. Please see the closing **WHEREFORE** statement.

  That being said, **GROUND EIGHT**, which is precedent as it addresses the broadest constitutional issue which must be considered before the other grounds, is complete and ready for consideration.

  A copy of this motion under 28 U.S.C. § 2255 has been served on the Government at:

    U.S. Attorney's Office
    Attn: Audrey Renschen
    222 West 7th Avenue, #9, Room 253
    Anchorage, Alaska 99513-7567

I respectfully request that a file stamped copy be returned to me at:

    Brock Purviance [34230-013]
    C/o Federal Correctional Institution
    1900 Simler Avenue
    Big Spring, Texas 79720

Thank you,

Sincerely,

Brock Purviance