MAY-24-2006  13:31    FBI ANCHORAGE                               907           P.03

FD-302a (Rev. 10-6-95)

305B-AN-14327

Continuation of FD-302 of ____J____ H____ _____ On 03/21/2006 , Page 2

By June of 2004, they were communicating daily, either over the phone or computer, and their conversations contained sex talk. Around this same time, H____ and PURVIANCE began discussing PURVIANCE taking a trip to Alaska to meet H____ in person. The two decided PURVIANCE would travel to Alaska, but they had not decided on a specific date. Also around this time, June and July of 2004, H____ and PURVIANCE talked about the two of them having sex, and H____ knew that when PURVIANCE did come to Alaska, the two of them would engage in sexual intercourse. When asked by the interviewing agent how she knew this, H____ stated she knew this because she and PURVIANCE planned it to happen upon his arrival in Alaska.

In August of 2004, H____'s grandmother died, and H____ learned her parents were taking a trip out of state, leaving her behind with other family members. After learning this, around the first week of August, H____ contacted PURVIANCE and told him that would be a good time for him to come to Alaska. PURVIANCE then purchased an airline ticket, planning his trip around the time H____'s parents would be out of town. H____ again advised that before PURVIANCE arrived in Alaska, she knew, as a result of their previous conversations regarding this issue, that the two of them were going to have sex when he arrived in Anchorage. Once PURVIANCE arrived in Anchorage, H____ and PURVIANCE met in person, and the two of them engaged in sexual intercourse. H____ stated this occurred a few days after her 15th birthday, and the two of them had sex three times during PURVIANCE's trip. H____ reported the she and PURVIANCE had consensual sex, and that PURVIANCE did not "rape" her. H____ further reported that she was a virgin at the time she first had intercourse with PURVIANCE, and he remains the only person with whom she has had sex. During his trip to Anchorage in 2004, PURVIANCE stayed in a hostel, and H____ did spend some nights with PURVIANCE at the hostel. H____ recalled that PURVIANCE used a rental car to get them around town. H____ introduced PURVIANCE to her friend, J____ S____ at this time, and S____ took pictures of H____ and PURVIANCE posing together in a park in Anchorage.

MAY-24-2006 13:32     FBI ANCHORAGE                              907           P.07

FD-302a (Rev 10-6-95)

305B-AN-14327

Continuation of FD-302 of ____J____ S____ _____ , On 03/21/2006 , Page __2__

outside setting, and S_____ stated she took the pictures. S( further stated that the pictures were taken in 2004 at the Russian Jack Park next to her home.

When H_____'s parents left Alaska in August of 2004 to attend a funeral, H_____ stayed with S_____ at _____ home. H_____ stayed 4 to 5 days, and while she was there, she would sneak out at night to meet PURVIANCE. H_____ told S_____ that H_____ and PURVIANCE talked about the two of them having sex before PURVIANCE first came to Alaska. H knew that she and PURVIANCE would have sex when PURVIANCE arrived, and the sex between them was consensual.

AUG-02-2006 13:13        FBI ANCHORAGE                              907                    P.06

YEAH, SORRY T3H
#Andwr17ing TIZ          ^ ^
SLOPP3H!                 !.!
                         ___
                          ☺

Hey Brock,

　　Yeah... Fun plane ride? I'm not sure what to say, so I guess I'll just ramble. Meh thoughts. I love you so much, and I've loved the time we spent together. I know I'm going to miss you and think about you a lot. Atleast we still get to talk to eachother over the computer and stuff. That's pretty cool.

　　Jess and I are looking at the pictures right now. "These are hilarious!" Yeah... I love you. ☺ I just keep thinking the same thing over and over again. I don't really know what to say besides how much I love you. The time seemed to go by pretty quick, didn't it? I'm going to miss being able to kiss you, talk to you, and just spend time with you in general. (YOU KNOW YOU LOVED THOSE JIGS)

　　I guess it's funny because after we would spend time at the park, all I would really think about was seeing you again. Jess rocks. Everything went so well. ATE FFFFFFIN' GRASSES. I don't know what else to say... RAMBLE! DO A LITTLE DANCE... WOO! I wish I remembered the other note. I'll try to send schtupfs. Schtupfs! ☺ (Psst..)

This is the pad where I write really small and ramble about nothing, absolutely nothing. Hardcore from the beginning. Based on instrumental... heh. Hmm small prints, very small print. Yeah, you were probably expecting a letter that was all goodness and stuff, but I can't think. And this is sloppy. I'm sorry. Yeah... I won't waste any more of your time..

Spammoth!

I love you

Hello there!

So yes, this is my _second_ note to you. I hope you like it Mr. Purviance. That sounds really professional, eh? Well, aside from me whistling whenever you guys kissed, Jenn trying to kill you, Buster drooling all over you, and us always makin fun of ya, I think you had fun staying with us Canadian folk. Was fun meeting you, I think my dog is absolutely in love with you now. You gave an excuse for him to wander around and harass the wildlife for hours on end, even the little bears.

Anyway, I really hope things end up workin out for you two. Ya guys make an awesome couple. I still hold to my word that if you end up hurting Jenn in any way I'll shoot your balls off with one of my fasha's guns, but I really don't think you ever would. Like you said, your intentions are good and stuff. I don't make very good emotional letters. Maybe when I get older I will, being as I'm only four years old and all.

So maybe if we can work it out somehow, me n Jenn will figure out a way to have a road trip or something. Well I pretty much figure I've taken up enough of your time just blabbin on paper, so I'll stop now. Have a safe flight, and I really hope things start lookin up for Jenn and yourself. I'll miss ya kid.

Signature Redacted

Hey...

My cpu still isn't fixed, but it's getting closer... My comp is in his office to be fixed. I want to talk to you, but I'm not sure if we should risk it tonight with school being tomorrow... parents will expect me to be up and check on me. I've thought about you alot and have missed talking to you the past few days. The campingness was fun though. We built a huge bonfire in the firepit. It had about a 10 foot flame at one point, no joke. My grandpa built a fire-pit (aka, a big hole) about 4 feet deep, and 5-6 foot wide.

In substitute of not being able to talk to you, I've read the letter you wrote me, the letter I wrote you, and listened to your music. It's funny to read the letter I wrote you,... just because I have been with you, and there really isn't any wonder to what it would be like anymore. I enjoyed spending time with you and just being with you overall. I love you. There's a lot on my mind right now, but I don't think I should write it all down... Just a lot of good memories. ☺ I might call you tonight, but I doubt it... I really want to though... For example, I thought about picking up the phone & calling you, then my mom barged in the room. I love you so much. I think I'm going to attempt sleep, but I know I won't get much. Hopefully I'll talk to you soon. It's kind of stupid to write this letter though, because you won't get it for awhile yet. Oh well....

I love you.

J

**Christy Lee Williams, M.S.W., L.C.S.W.**
Licensed Clinical Social Worker

February 10, 2006

Ms. K    H
3026 Donnington Drive
Anchorage, AK 99504

Dear Ms. H    ,

As requested I am writing this letter to verify that I am working with your daughter J    (birthdate    ) in individual treatment. J    ; first session with me was on August 24, 2005 and she continues to be seen approximately twice monthly.

Your family chose to seek treatment for J    once it was learned that she has been involved, secretly, with an adult male who lives out of state, this relationship developing via internet and phone contact. The relationship was learned about this summer as "Brock" traveled to Alaska and arranged to have a sexual encounter with her. Appropriate authorities have been contacted regarding this matter. Counseling was sought out to provide J    with a forum to process issues related to this relationship and the resulting crisis that this has caused within the family. Additionally J has been faced with the burden of dealing with a sexually transmitted disease, apparently contracted through this relationship.

Treatment has been difficult for J    As with many young people drawn into such relationships, she appears to feel tremendous allegiance and commitment to this person, even as she is aware that her family is clearly against this. Complicating progress has been Brock's continued contact with J    by phone and internet. Brock's continued contact with J    has, I feel, made it impossible for her to end this relationship. J    is a bright young woman who "knows" of the inappropriateness of this relationship. Brock's continued ability to access J    undermines your work as parents to protect her and keeps her emotionally tied to this relationship. It is my opinion that intervention (i.e. the legal system) is needed to allow this relationship to end. Hopefully effective measures can be taken which would assist J    in being able to process events of the past few years and move

1
2600 Denali · Suite 606 · Anchorage, Alaska 99503 · (907) 276-2978 · voice mail (907) 566-1430

on to healthier relationships. Please contact me if further information or assistance is needed regarding my work with J.

Sincerely,

*Christy Williams*

Christy Williams, L.C.S.W.

2