**U. S. Department of Justice**

Federal Bureau of Prisons

Federal Correctional Institution

---

1900 Simler Avenue
Big Spring, Texas 79720-7799

January 2, 2008

*Reviewed Polen January 10, 2008*

Janet S. Munoz
7769 B S. Curtice Dr.
Littleton, CO 80120-4374

Re: Purviance, Brock
Reg. No. 34230-013

Dear Ms. Munoz:

This is in response to your recent correspondence concerning your son Brock, currently housed at the Federal Correctional Institution, Big Spring, Texas. In your letter, you request our assistance in ensuring that your son is afforded the opportunity to access his legal material in order to mail a request for an extension on his appeal.

According to your son, a letter from him to the court was delivered to staff for mailing on December 15, 2007. The letter was mailed the following business day. Should the court need verification concerning the status of our operations, they may contact this institution in order to address that issue. Additionally, we are currently working through all property for those inmates currently housed in administrative detention. All priority is always given to legal materials.

I trust this response addresses this issue of mutual concern.

Sincerely,

Rodney W. Chandler
Warden