**AFFIDAVIT OF FREDERICK G. MUÑOZ
IN SUPPORT OF DEFENDANT-PETITIONER'S MOTION
UNDER 28 U.S.C. § 2255
TO VACATE, SET ASIDE, OR CORRECT
SENTENCE OF A PERSON IN FEDERAL CUSTODY**

RECEIVED
JAN 1 4 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.
3:06-cr-00040-JWS

I, Frederick G. Muñoz, do hereby declare:

1. Brock Purviance ("Brock") is my stepson.

2. Brock told me that he signed the plea agreement on the condition his counsel agreed to call JH to testify at sentencing.

3. Brock informed me that a few days before sentencing, his counsel changed her mind about calling JH to testify.

4. When I met with Brock at the Cook Inlet Pretrial facility the night of January 3, 2007 (he was sentenced earlier that same day), he indicated to me he told his counsel to file an appeal. Brock was adamant about appealing.

5. I am over the age of 21 years.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

_____        12-10-2007
Frederick G. Muñoz                Date

Notary Public: _____

PATRICIA A. WINER
NOTARY PUBLIC
STATE OF COLORADO

My Commission Expires 10/22/2009