<u>Brock Purviance [34230-013]</u>
<u>c/o FCI - Big Spring</u>
<u>1900 Simler Avenue, Big Spring, Texas 79720</u>
(Name/Address/Phone)



RECEIVED
JAN 1 4 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| <u>Brock Purviance</u>, | NO. 3:06-cr-00040-JWS |
| Defendant-Petitioner | |
| vs. | MOTION FOR APPOINTMENT OF COUNSEL |
| <u>United States</u>, | |
| Plaintiff-Respondent | |

**COMES NOW** <u>Brock Purviance</u>, and moves for the appointment of counsel.

Petitioner makes this request for the reasons that she/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the attached financial affidavit in support of the request for appointment of counsel.

DATED this <u>1</u> day of <u>January</u>, 200<u>8</u>.