1·14·08        3:06-cr-00040

RECEIVED

JAN 1 7 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Clerk of the Court:

Enclosed you will find signed copies of the final page of my motion under 28 U.S.C. § 2255 and my declaration in support of said motion.

CORRECTION: Contrary to how the WHEREFORE statement on page 33 of the Memorandum reads, I still have yet to receive the documentation compelled from Ms. Tatter (see Docket 63, ORDERED in Docket 64); and I still may need this documentation to appropriately amend the Memorandum per F.R.Cr.P. 15(c).

Last, I sincerely apologize that this was submitted in parts and after January 8, 2008. As this Court is aware, I was a victim in a major riot here at FCI Big Spring. As a result, I was separated from my property, including my legal papers (which were not returned to me until January 1, 2008); Further, because this institution's policy is to treat inmates who are in protective custody the same as those who are in disciplinary segregation, my ability to speak with my parents, who typed the Memorandum and mailed it to this Court, was severely limited. Please know we did the best that is humanly possible to get my motion under 28 U.S.C. § 2255 submitted on time, given the unforeseeable difficult circumstances.

Brock Purviance