_/s/_
_____
BROCK PURVIANCE
In propria persona

RECEIVED
JAN 1 7 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Typed by Frederick G. Muñoz.