Jerald Lee Brainin
Law Offices
State Bar #53207
P.O. Box 66365
Los Angeles, CA. 90066
Telephone: 310-397-3910
Facsimile: 310-737-1702
email: jbrainin@braintrustusa.com

Attorney for Defendant

# UNITED STATES COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 3:06-cr-00040 -JWS |
| Plaintiff, | ) |
| | ) |
| v. | ) ENTRY OF APPEARANCE |
| | ) |
| BROCK PURVIANCE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Jerald Lee Brainin, appointed by the Federal Public Defenders Office to represent Defendant Brock Purviance, hereby enters his appearance in the above entitled case.

DATED: January 29, 2008        Respectfully submitted,

_____
Jerald Lee Brainin