# DECLARATION OF SERVICE

I, Jerald Brainin, declare that I am over eighteen years of age and not a party to the within cause; my business address is, Law Offices, P.O. Box 66365, Los Angeles California, 90066. I electronically served a true copy of the attached NOTICE OF ATTORNEY APPEARANCE on each of the following on January 29, 2008.

Audrey J. Renschen
Assistant United States Attorney
222 West 7th Avenue, #9
Anchorage, Ak 99513

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of January 2008, at Los Angeles, California.

Jerald Lee Brainin