Jerald Lee Brainin
Law Offices
State Bar #53207
P.O. Box 66365
Los Angeles, CA 90066
Telephone: 310-397-3910
Facsimile: 310-737-1702

Attorney for Petitioner
BROCK PURVIANCE

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| BROCK PURVIANCE,<br><br>     Defendant-Petitioner.<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>     Plaintiff-Respondent, | Case No. 06-cr-00040<br><br>MOTION FOR TIME EXTENSION TO REVIEW THE RECORD AND FILE RESPONSE TO THIS COURT'S JANUARY 18, 2008 ORDER |

Defendant Brock Purviance, through his attorney of record, respectfully moves for

an enlargement of time in which to review the record in this case, further communicate

with Mr. Purviance, and draft and file his response to this court's January 18, 2008 order.

This application is made for good cause. (See attached declaration of counsel.)

Dated: February 8, 2008                    Respectfully Submitted,

                                       _____

                                       JERALD BRAININ
                                       Attorney for Petitioner
                                       Brock Purviance

1

DECLARATION OF SERVICE

I, Jerald Brainin, declare that I am over eighteen years of age and not a party to the within cause; my business address is, Law Offices P.O. Box 66365, Los Angeles California, 90066. I electronically filed a true copy of the REQUEST FOR ENLARGEMENT OF TIME IN WHICH TO FILE A RESPONSE TO THE COURT'S ORDER on each of the following on February 8, 2008.

Audry J. Renschen
Assistant United States Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 8, 2008 at Los Angeles, California.

_____
Jerald Lee Brainin

2