Jerald Lee Brainin
Law Offices
State Bar #53207
P.O. Box 66365
Los Angeles, CA 90066
Telephone: 310-397-3910
Facsimile: 310-737-1702

Attorney for Petitioner
BROCK PURVIANCE

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| BROCK PURVIANCE,<br><br>     Defendant-Petitioner.<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>     Plaintiff-Respondent, | Case No. 06-cr-00040<br><br>REQUEST FOR TIME EXTENSION TO REVIEW THE RECORD AND FILE RESPONSE TO THIS COURT'S JANUARY 18, 2008 ORDER |

   Good cause appearing, Petitioner's request for an extension of time within which to review the record, confer with the defendant, and file a reply to this court's January 18, 2008 order, is hereby granted until April 15, 2008.

DATED: February ___, 2008

                                          _____
                                          JOHN W. SEDWICK
                                          United States District Judge

Presented by: _____
        Jerald Brainin
        Attorney for Petitioner

1