Jerald Lee Brainin
Law Offices
State Bar #53207
P.O. Box 66365
Los Angeles, CA 90066
Telephone: 310-397-3910
Facsimile: 310-737-1702


Attorney for Petitioner
BROCK PURVIANCE


# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| BROCK PURVIANCE,<br><br>              Defendant-Petitioner.<br><br>              v.<br><br>UNITED STATES OF AMERICA,<br><br>              Plaintiff-Respondent, | Case No. 06-cr-00040<br><br>DECLARATION IN SUPPORT OF<br>MOTION FOR TIME EXTENSION |


DECLARATION OF JERALD BRAININ IN SUPPORT OF MOTION

FOR TIME EXTENSION IN ORDER TO COMPLY WITH THIS COURT'S

JANAURY 18, 2008 ORDER:

I, Jerald Brainin, declare under penalty of perjury as follows:

1. I am an attorney at law admitted to practice in California and a member

of the District of Alaska CJA appellate panel. I was appointed by the Alaska

Federal Public Defender's Office to represent the defendant during the litigation of

his section 2255 motion in the District Court of Alaska.

2. I was appointed to represent the defendant on January 14, 2008. On

January 18, 2008, this court ordered counsel to review the record by February 18,

2008 and either file an amendment to defendant's pending 2255 petition or notify

the court that no amendment would be filed.

3. Since my appointment, I have communicated with Mr. Purviance both by

letter and telephone. I have also been in contact with the Ms. Minzenmayer of the

Federal Public Defender's Office, who informed me on February 5, 2008 that the

file in this case would be FedEx'd to me the following day. Since I only received

the file boxes on February 7, 2008, I will need additional time within which to

review it, confer with Mr. Purviance, and comply with the order issued by this

court.

4. Apart from this case, I have briefs or other commitments due in the

following cases during the next 6-8 weeks: an en banc oral argument in *United

States v. Seljan* (05-50236); *Barlow v. Scribner* (No. cv-03-08895), *People v. Zey*

(No. BR 045433); *United States v. Hasan* (No. 05-50926); *United States v.

McCray* (No. 04-50231) and *United States v. Thompson* (No. 07-50261).

5. For all of these reasons, I am requesting an enlargement of time until

April 15, 2008 in order to thoroughly review the file (which consumes two full

boxes), communicate with the defendant, and draft a response to this court's order.

6. On February 6, 2008, I emailed AUSA Audrey J. Renschen and explained to her supervisor the reasons for this request. On February 7, I spoke with Ms. Renschen's supervisor's assistance who informed me that the United States Attorney's Office had no objections.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of February, 2008, at Los Angeles, California.


_____

JERALD BRAININ

DECLARATION OF SERVICE


     I, Jerald Brainin, declare that I am over eighteen years of age and not a party to the within cause; my business address is, Law Offices P.O. Box 66365, Los Angeles California, 90066. I electronically filed a true copy of the DECLARATION IN SUPPORT OF DEFENDANTS MOTION FOR TIME EXTENSION on each of the following on February 8, 2008.


Audry J. Renschen
Assistant United States Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513


     I declare under penalty of perjury that the foregoing is true and correct. Executed on February 8, 2008 at Los Angeles, California.


                           _____
                               Jerald Lee Brainin