Brock Purviance
Register Number 34230-013
c/o Federal Correctional Institution
1900 Simler Avenue, S-1
Big Spring, Texas 79720-7789

In propria persona

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

**BROCK PURVIANCE,**

    Defendant-Petitioner,

    versus

**UNITED STATES OF AMERICA,**

    Plaintiff-Respondent.

Case Number: _____
Related to: 3:06-cr-0040-JWS

SUPPLIMENTAL DECLARATION OF:

BROCK PURVIANCE

I, BROCK PURVIANCE, do hereby declare that:

1. I am the Defendant/Petitioner in the above entitled cause and action.

2. I am over the age of 21 years.

3. I have personal knowledge of the following facts, and if called to testify, I could and would competently testify thereto.

4. Prior to changing my plea, I expressed to Counsel that JH, and possibly JS, should be called to testify regarding the undue influence enhancement issue. Counsel agreed that at least JH would be called to testify at sentencing. On said representation, I decided to change my plea and I executed the plea agreement. Less than a week before my sentence hearing, Counsel told me that she would not be calling JH to testify. After hearing Counsel's rationale, I expressly demanded that JH still be called to testify; Counsel refused. Had I known I could have, I, at that time (prior to being sentenced), would have asked the Court for new counsel due to irreconcilable differences with Counsel.

    I declare under penalty of perjury under the law of the United States of America and pursuant to Title 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief. Executed this **26th** day of **March, 2008**, at Howard County, Texas.

Dated: March 26, 2008

_____
BROCK PURVIANCE

EXH: 'K'