Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>BROCK JON PURVIANCE,<br><br>  Defendant. | Case No. 3:06-cr-0040-JWS<br><br>**DECLARATION OF<br>SUE ELLEN TATTER** |

Sue Ellen Tatter declares under pains and penalties of perjury:

1. I was counsel for Brock Purviance at the trial court level. Near the end of the proceedings, I received some information from the prosecutor, Audrey Renschen, about a statement of J.H., the minor in the case.

2. Ms. Renschen told me that the government obtained a statement from J.H., in addition to the one provided to me. Ms. Renschen did not, to my memory, tell me the substance of the statement.

3. I requested the statement from government counsel, but did not receive a copy.

EXH: L