Jerald Lee Brainin
Law Offices
P.O. Box 66365
Los Angeles, CA. 90066
Telephone: 310-397-3910
Facsimile: 310-737-1702
Email: jbrainin@braintrustusa.com

Attorney for Defendant

# UNITED STATES COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:06-cr-00040 -JWS |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF LODGMENT |
| ) | OF COMPLETE COPY OF |
| ) | EXHIBIT "L" |
| BROCK PURVIANCE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     Jerald Lee Brainin, appointed by the Federal Public Defenders Office to represent Defendant Brock Purviance, hereby notices the lodgment of Exhibit L, previously filed as an exhibit accompanying the supplement to his section 2255 motion. The attached copy of Exhibit L is meant to replace the originally filed and incomplete copy of the exhibit.

DATED: April 14, 2008        Respectfully submitted,


                                       _____/s/_____
                                       Jerald Lee Brainin

DECLARATION OF SERVICE

I, Jerald Brainin, declare that I am over eighteen years of age and not a party to the within cause; my business address is, Law Offices, P. O. Box 66365, Los Angeles California, 90066. I served a true copy of the NOTICE OF LODGMENT OF EXHIBIT on each of the following by electronic filing on April 14, 2008.

Audry Renschen
Assistant United States Attorney
222 West Seventh Ave. #9, Rm 253
Anchorage, AK 99513-7567

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 14, 2008 at Los Angeles, California.

_____/s/_____
Jerald Brainin