Jerald Lee Brainin
Law Offices
P.O. Box 66365
Los Angeles, CA. 90066
Telephone: 310-397-3910
Facsimile: 310-737-1702
Email: jbrainin@braintrustusa.com

Attorney for Defendant

# UNITED STATES COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:06-cr-00040 - JWS |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF ATTACHMENT |
| ) | OF CORRECTED LIST OF |
| ) | EXHIBITS: K, L, M, N, O, P |
| BROCK PURVIANCE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Jerald Lee Brainin, appointed by the Federal Public Defenders Office to represent Defendant Brock Purviance, hereby submits the following attachment of corrected exhibits to accompany his previously filed Supplement To Defendant's pending 2255 motion.

DATED: April 15, 2008          Respectfully submitted,


                                          _____/s/_____
                                          Jerald Lee Brainin

DECLARATION OF SERVICE

    I, Jerald Brainin, declare that I am over eighteen years of age and not a party to the within cause; my business address is, Law Offices, P. O. Box 66365, Los Angeles California, 90066. I served a true copy of the NOTICE OF ATTACHMENT OF EXHIBITS on each of the following by electronic filing on April 15, 2008.

Audry Renschen  
Assistant United States Attorney  
222 West Seventh Ave. #9, Rm 253  
Anchorage, AK 99513-7567

    I declare under penalty of perjury that the foregoing is true and correct. Executed on April 15, 2008 at Los Angeles, California.

_____/s/_____  
Jerald Brainin