Brock Purviance
Register Number 34230-013
c/o Federal Correctional Institution
1900 Simler Avenue, S-1
Big Spring, Texas 79720-7789

<u>In propria persona</u>

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | | |
|---|---|---|
| **BROCK PURVIANCE,** | § | Case Number: _____ |
|     Defendant-Petitioner, | § | Related to: 3:06-cr-0040-JWS |
| | § | |
|     versus | § | |
| | § | **SUPPLEMENTAL DECLARATION OF:** |
| **UNITED STATES OF AMERICA,** | § | |
| | § | **BROCK PURVIANCE** |
|     Plaintiff-Respondent. | § | |
| | § | |

    I, BROCK PURVIANCE, do hereby declare that:

1. I am the Defendant/Petitioner in the above entitled cause and action.

2. I am over the age of 21 years.

3. I have personal knowledge of the following facts, and if called to testify, I could and would competently testify thereto.

4. I met JH on the internet in a music chat room in either late August 2003 or early September 2003. When JH told me her age, I expressed that I felt she was too young for me, but that I supposed it was okay to be online friends. We chatted approximately two times (about common interests) over the span of a couple of days, after which point, she stopped appearing online. We did not discuss anything sexual in the aforementioned conversations. Approximately six and a half months passed before we talked again, at which point she took the initiative to instant message me. She expressed a desire to reengage our friendship.

    From mid-March 2004 through May 2004, JH and I began communicating more frequently, and began developing feelings for one another. The first time we discussed sex was approximately in May of 2004. The topic of sex represented a very small portion of our conversations; we primarily discussed our daily lives.

    By approximately June of 2004, JH and I had strong feelings for one another and were talking so frequently that I felt it was important that we tell her parents about our relationship. JH strongly disagreed and felt that revealing our relationship to her parents was a bad idea. I pushed the issue, however JH maintained her opinion. Resultingly, we did not tell her parents about our relationship, as I respected her position.

    By July or early August of 2004, JH and I expressed a mutual desire to meet one another in person. When JH found out that her family was going to be going out of town in August of 2004, we saw it as a unique opportunity to meet one another. JH developed a plan to stay with her best friend, JS, as JH felt that it would be easier to sneak out of JS's house than her own house – this was important to us at the time as we thought the only time we'd be able to see each other was at night.

EXH. N

Though we had discussed the possibility of being intimate with one another, as I stated in an e-mail to JH shortly before my trip to Alaska, it really wasn't very important to me in terms of why I was going out there; I also expressed that if anything physical did happen between us, I wanted it to be **her** decision - and that I would support her decision no matter what it was. The only thing that was important to me is that she and I had the opportunity to meet and spend time with each other.

On the night JH and I first met in person, JH expressed to me that she wanted to make love with me. I told her that I'd rather wait because I wanted her to be **absolutely sure** that it was something that she wanted.

During the week I was in Alaska in August of 2004, the vast majority of the time JH and I spent together was during the day time in Russian Jack Park with JS and JS's dog, Buster.

5. I always respected JH's thoughts, feelings, and opinions. With the exception of deciding whether a band was good or not, or whether we should tell JH's parents about our relationship, I never tried to change JH's mind about anything.

6. Though JH often expressed that she felt strong discord with her mother, I encouraged her to try to get along with her parents.

7. I encouraged JH to do her best in school.

8. I encouraged JH to stay away from drugs and alcohol.

I declare under penalty of perjury under the law of the United States of America and pursuant to Title 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief. Executed this **3rd** day of **April, 2008,** at Howard County, Texas.

Dated: April 3, 2008

BROCK PURVIANCE