NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
E-mail: audrey.renschen@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-040-JWS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S MOTION TO |
| vs. | ) | ACCEPT LATE FILING |
| | ) | |
| BROCK JON PURVIANCE, | ) | |
| | ) | |
| Defendant. | ) | |

The United States by Assistant United States Attorney Audrey J. Renschen, hereby moves the court to accept a late filing of the government's attached unopposed filing for an extension of time (Exhibits A and B).

Undersigned counsel was preparing to leave the District and believed that

she had filed the attached motion and proposed order on May 14, 2008, at 5:56 pm, using the ECF system. Undersigned counsel was advised today by Chad Wilts of the district court that her attempted ECF filing on May 14th was unsuccessful.

Undersigned counsel, respectfully requests that the court accept and grant the attached unopposed motion and to extend the government's response time until June 16th.

RESPECTFULLY SUBMITTED THIS 29th day of May, 2008, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Audrey J. Renschen
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: audrey.renschen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2008
a copy of the foregoing was served
electronically on Jerald Lee Brainin

s/ Audrey Renschen