IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-040-JWS |
| | ) | |
| Plaintiff, | ) | *PROPOSED* |
| | ) | ORDER ON GOVERNMENT'S |
| vs. | ) | MOTION TO ACCEPT LATE |
| | ) | FILING |
| BROCK JON PURVIANCE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the motion filed by the United States to accept a late filing of the government's attached unopposed filing for an extension of time, the Court hereby GRANTS THE MOTION, and accepts the government's late filing of the unopposed request for an extension of time.

IT IS SO ORDERED.

    DATED this ____ day of May, 2008, at Anchorage, Alaska.

                                                                     JOHN D. ROBERTS
                                                               UNITED STATES MAGISTRATE JUDGE