IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-040-JWS |
| | ) | |
| Plaintiff, | ) | *PROPOSED* |
| | ) | ORDER ON GOVERNMENT'S |
| vs. | ) | UNOPPOSED MOTION FOR |
| | ) | EXTENSION OF TIME TO |
| BROCK JON PURVIANCE, | ) | RESPOND TO DEFENDANT'S 28 |
| | ) | U.S.C. § 2255 PETITION |
| Defendant. | ) | |
| | ) | |

Having considered the unopposed motion filed by the United States for an extension of time to respond to defendant's 28 U.S.C. § 2255 petition, the Court hereby GRANTS THE MOTION, and orders the government's response to be filed on or before June 16, 2008.

IT IS SO ORDERED.

DATED this ____ day of May, 2008, at Anchorage, Alaska.


_____
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE