NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | No. 3:06-CR-040-JWS |
| ) | |
| Plaintiff,    ) | **NOTICE OF FILING EXHIBITS** |
| ) | |
| vs.    ) | |
| ) | |
| BROCK JON PURVIANCE,    ) | |
| ) | |
| Defendant.    ) | |
| ) | |

   COMES NOW, the United States of America by and through counsel and

gives notice that the attached Governments Unopposed Motion for Extension of

Time to Respond to Defendants 28 U.S.C. §2255 Petition and Proposed Order

were to be filed as "Exhibit A and B" to the Government's Motion to Accept Late

Filing at Dkt 102.

RESPECTFULLY SUBMITTED THIS 29th day of May, 2008, at Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/ Audrey J. Renschen
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: audrey.reschen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2008
a copy of the foregoing was sent electronically served on:
Sue Ellen Tatter, Federal Defender
and mailed to:
Brock Purviance,
c/o FCI Big Spring
Register Number 34230-013
1900 Simler Avenue, SS-1
Big Spring, Texas 79720

s/ Audrey Renschen