NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
E-mail: audrey.renschen@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-040-JWS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | <u>GOVERNMENT'S UNOPPOSED</u> |
| vs. | ) | <u>MOTION FOR EXTENSION OF</u> |
| | ) | <u>TIME TO RESPOND TO</u> |
| BROCK JON PURVIANCE, | ) | <u>DEFENDANT'S 28 U.S.C. § 2255</u> |
| | ) | <u>PETITION</u> |
| Defendant. | ) | |

The United States by Assistant United States Attorney Audrey J. Renschen, hereby requests an additional 30 days to respond to defendant's 28 U.S.C. §2255 petition. Undersigned counsel spoke with defendant's counsel, Jerald L. Brainin, today, and he does not oppose this request.

**United States v. Purviance**                                                                         **3:06-CR-040-JWS**

Exhibit A

Undersigned counsel was out of District for a week, and is scheduled to be out of District again this week, and has not had a sufficient opportunity to complete her response. In addition, undersigned counsel has been unable to locate the defendant's entire file, and must reconstruct some portions from FBI records.

Undersigned counsel is hopeful that given an additional 30 days, she can provide the court with a complete response that addresses the issues raised.

RESPECTFULLY SUBMITTED THIS 14th day of May, 2008, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Audrey J. Renschen
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: audrey.renschen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2008
a copy of the foregoing was served
electronically on Jerald Lee Brainin

s/ Audrey Renschen