IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-040-JWS |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | **[PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS DEFENDANT'S 28 U.S.C. § 2255 PETITION** |
| BROCK JON PURVIANCE, | ) | |
| Defendant. | ) | |

Having considered the government's motion to dismiss defendant's 28 U.S.C. § 2255 petition, filed in the above captioned case, IT IS HEREBY ORDERED that the Government's request is **GRANTED**.

IT IS SO ORDERED.

DATED this ____ day of _____, 2008, at Anchorage, Alaska.

_____          _____
DATE                                                     HONORABLE JOHN W. SEDWICK