Jerald Lee Brainin
Law Offices
State Bar #53207
P.O. Box 66365
Los Angeles, CA 90066
Telephone: 310-397-3910
Facsimile: 310-737-1702

Attorney for Petitioner
BROCK PURVIANCE

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| BROCK PURVIANCE,<br><br>    Defendant-Petitioner.<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff-Respondent, | Case No. 06-cr-00040<br><br>PETITIONER'S MOTION FOR TIME EXTENSION TO FILE REPLY TO THE GOVERNMENT'S MOTION TO DISMISS HIS PENDING SECTION 2255 PETITION |

    Defendant Brock Purviance, through his attorney of record, respectfully moves for an enlargement of time within which to file his response to the government's Motion to Dismiss his pending section 2255 petition. This application is made for good cause and is based on the attached declaration of counsel.

Dated: June 27, 2008                              Respectfully Submitted,

                                                                     _____/s/_____
                                                                      JERALD BRAININ
                                                                      Attorney for Petitioner
                                                                      BROCK PURVIANCE

DECLARATION OF SERVICE

I, Jerald Brainin, declare that I am over eighteen years of age and not a party to the within cause; my business address is, Law Offices P.O. Box 66365, Los Angeles California, 90066. I electronically filed a true copy of the Petitioner's REQUEST FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE HIS REPLY TO GOVERNMENT'S MOTION TO DISMISS HIS PETITION on each of the following on June 27, 2008.

Audry J. Renschen
Assistant United States Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 27, 2008 at Los Angeles, California.

_____/s/_____
Jerald Lee Brainin