Jerald Lee Brainin
Law Offices
State Bar #53207
P.O. Box 66365
Los Angeles, CA 90066
Telephone: 310-397-3910
Facsimile: 310-737-1702

Attorney for Petitioner
BROCK PURVIANCE

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| BROCK PURVIANCE,<br><br>   Defendant-Petitioner.<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>   Plaintiff-Respondent, | Case No. 06-cr-00040<br><br>PROPOSED ORDER RE: PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S MOTION TO DISMISS HIS SECTION 2255 PETITION |

   Good cause appearing, Petitioner's request for an extension of time within which to further confer with his appointed counsel and to file his reply to the government's Motion to Dismiss his pending petition is hereby granted until July 31, 2008.

DATED: June ___, 2008

_____
JOHN W. SEDWICK
United States District Judge

Presented by: _____/s/_____
         Jerald Brainin
         Attorney for Petitioner

1