Jerald Lee Brainin
Law Offices
State Bar #53207
P.O. Box 66365
Los Angeles, CA 90066
Telephone: 310-397-3910
Facsimile: 310-737-1702


Attorney for Petitioner
BROCK PURVIANCE


# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| BROCK PURVIANCE,<br><br>    Defendant-Petitioner.<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff-Respondent, | Case No. 06-cr-00040<br><br>DECLARATION IN SUPPORT OF PETITIONER'S MOTION FOR TIME EXTENSION TO REPLY TO GOVERNMENT'S MOTION TO DISMISS HIS PETITION |
|---|---|

DECLARATION OF JERALD BRAININ IN SUPPORT OF MOTION FOR TIME EXTENSION TO FILE PETITIONER'S REPLY TO GOVERNMENT'S MOTION TO DISMISS HIS PENDING SECTION 2255 PETITION:

I, Jerald Brainin, declare under penalty of perjury as follows:

1. I am an attorney at law admitted to practice in California and a member of the District of Alaska CJA appellate panel. I was appointed by the Alaska Federal Public Defender's Office to represent the Petitioner during the litigation of his section 2255 motion in the District Court of Alaska.

2. On May 29, 2008, this Court granted the government's unopposed motion for a time extension within which to respond to defendant's section 2255 motion, and set July 3, 2008 deadline for Petitioner's reply. On June 17, 2008, I called the Assistant United States Attorney, Audrey Renschen, and informed her that I would be requesting additional time within which to file Petitioner's reply to the government's motion to dismiss. She had no objections.

3. Although I have been conferring with Petitioner telephonically and diligently working to prepare his reply to the government's motion, I will need additional time to further confer with him in order to satisfy his desire to actively participate in this process. Petitioner is currently being housed in Texas. My office is in Los Angeles. The distances involved and the time required for mailing documents back and forth is also a factor in this request.

3. Apart from this case, in the last 30 days I have filed a reply brief in *Figueredo v. Board of Prison Terms* (07-56075) and an opening brief in *United States v. Richmond* (No. 07-50341). I have also been preparing for a two day evidentiary hearing scheduled for July 2 and 3, 2008 in *Martinez v. Runnels* (No. 04 -CV-2960) and preparing an opening brief in *United States v. Vargas* (No. 07-50528), which is due on July 16, 2008.

4. For all of these reasons, I am requesting an enlargement of time until July 31, 2008 which will give me sufficient time to thoroughly communicate with and satisfy the needs of my client.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of June, 2008, at Los Angeles, California.


_____/s/_____

JERALD BRAININ

# DECLARATION OF SERVICE

I, Jerald Brainin, declare that I am over eighteen years of age and not a party to the within cause; my business address is, Law Offices P.O. Box 66365, Los Angeles California, 90066. I electronically filed a true copy of my DECLARATION IN SUPPORT OF DEFENDANTS MOTION FOR TIME EXTENSION TO FILE REPLY TO GOVERNMENT'S MOTION TO DISMISS on each of the following on June 27, 2008.

Audry J. Renschen
Assistant United States Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 27, 2008 at Los Angeles, California.

_____/s/_____
Jerald Lee Brainin