## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*    v.   *BROCK PURVIANCE, et al.*

THE HONORABLE JOHN W. SEDWICK                CASE NO. 3:06-cr-00040 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date:  July 21, 2008

_____

      The motion to declare case complex at docket 117 is **GRANTED**.  However, this order shall not be interpreted to authorize total compensation in excess of $12,500, and counsel is directed to make every effort to economize, including explaining to his client that this court has an obligation to enforce reasonable limits on the amount of public money that can be expended.

_____