## AFFIDAVIT OF SUE ELLEN TATTER

I, Sue Ellen Tatter, am an attorney-at-law employed as an Assistant Federal Defender for the District of Alaska. I was the sole attorney assigned to this case, and in that capacity declare as follows:

1. I was Brock Purviance's attorney at the trial court level and during Mr. Purviance's sentencing.

2. I did not file a notice of appeal on Mr. Purviance's behalf within the ten-day allotted period.

3. After sentencing, I spoke with Mr. Purviance about his appeal rights. I believe there were two conversations.

4. I told Mr. Purviance that I did not think he should appeal. I told him this for a few reasons. First, he had a plea agreement that foreclosed appeal And received a guideline range sentence. Second, I felt that if he were to win on appeal and be re-sentenced, new information may have warranted an upward departure by the judge. This new information was from another person (C.A.) with whom Mr. Purviance had sexual relations right after his return from Alaska, where he had relations with J.H., the minor in the instant conviction. This information would have undercut Mr. Purviance's declarations that he was in love with J.H., and also provided another uncontested minor, met on the Internet, who had sex with Mr. Purviance. The existence and testimony of this young woman could have enhanced the sentence. I may also have told Mr. Purviance that another risk if he appealed and won was that the government could void the plea

agreement and send the matter to the state where the usual Sexual Abuse of a Minor sentence is at least eight years.

5. To my knowledge, Mr. Purviance did not ask for an appeal at this time. He did not indicate that he did or did not want to appeal.

6. I told Mr. Purviance that he should call me within the next week if he wanted to appeal.

7. To my knowledge, I did not receive a call or a message from Mr. Purviance about an appeal.

8. Also, after the sentencing, I remember that Mr. Purviance talked to me about the decision to not call the victim, J.H. He said, "I'm glad you didn't call [J.H.]. That would have been a mistake." This statement was overheard by my investigator, Bruce Johnson.

9. I provided this information to the United States Attorney's office when requested.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Sue Ellen Tatter*
Sue Ellen Tatter
Assistant Federal Defender

SUBSCRIBED AND SWORN to before me this 12th day of August 2008.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008