MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *BROCK PURVIANCE*

THE HONORABLE JOHN W. SEDWICK            CASE NO. 3:06-cr-00040-JWS-JDR

PROCEEDINGS:   **ORDER FROM CHAMBERS**      Date:  September 19, 2008

    The court has considered the papers supporting Mr. Brainin's second interim CJA voucher request.  Based thereon, and for good cause shown, the maximum compensation ceiling in this case is increased from the $12,500 set in the order at docket 120 to a total of not to exceed $14,500.  The court emphasizes that it considers this an extraordinary ceiling and counsel must deal more effectively with his client.  The court appreciates this is not easy for counsel to blunt his client's appetite for his time, but Mr. Purviance has not been given a blank check drawn on the federal treasury.

    This order shall not be construed as approving either of the two CJA vouchers which have been submitted.  Each will be reviewed.

    The district judge has already informally requested the magistrate judge to promptly provide a report as to the first voucher in light of the motion at docket 125 to expedite payment.  This order constitutes a formal request to do so.

    The second voucher is being referred to the magistrate judge this date, and the magistrate judge is requested to review it promptly.  Referral of the vouchers to the magistrate judge is necessary, because to date all, or  nearly all, of the work performed by counsel has been in connection with matters which are presently before the magistrate judge.